Ambest One Check
PO Box 1211
Franklin, TN 37065

Atlanta Freightliner
PO Box 218
Forest Park, GA 30298

Bridgestone USA Inc
PO Box 73418
Chicago, IL 60673-7418

Citicapital Commerical Corporation
300 East Carpenter Freeway
17 Plaza
Irving, TX 75062

Eastman Kodak Company
1600 Lexington Avenue
Building 605
Rochester, NY 14652

Exxon Company USA
PO Box 101537
Atlanta, GA 30392

First Insurance Funding
135 LaSalle Street
Department 8075
Chicago, IL 60674

Gallagher Bassett Service
Two Pierce Place
5th Floor
Itasca, IL 60143

Genesis Insurance Company
695 East Main Street
Stamford, CT 06901

Glaxo (CO) Fedex Supply Chain
2479 Edison Boulevard
Twinsburg, OH 44087

Greyhound Lines Inc
PO Box 660089
Dallas, TX 75266-0089

Imperial Premium Finance
PO Box 780
Morrisville, NC 27560

Michelin North America
135 S LaSalle Street
Department 1762
Chicago, IL 60674

Oregon Dept of Transportation
1905 Lana Avenue NE
Salem, OR 97314

Qualcomm
5775 Morehouse Drive
San Diego, CA 92121-1714

Rieskamp Equipment
8068 Woodland Drive
Indianapolis, IN 46278

Security Insurance Company
PO Box 120099
Nashville, TN 37212

Sierra Freightliner
1550 E Greg Street
Sparks, NV 89431-6550

Thermo King SVC Inc
75 Remittance Drive Street
Chicago, IL 60675

Thomas Lallier Esq
Foley & Mansfield PLLP
1108 Nicollet Mall Suite 200
Minneapolis, MN 55403

Tire Distribution Systems
F608 Space Park South
Nashville, TN 37211

Utah State Tax Commission
Collection Div Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-3340