FILED IN THE
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF UTAH

MAR 7  9 04 AM '02

WILLIAM ~~~~~~~~
CLERK OF COURT

BY _____
DEPUTY CLERK

Christopher D. Jaime, Esq., Nev. Bar #4640
WALTHER, KEY, MAUPIN, OATS,
 COX & LEGOY
P.O. Box 30000
Reno, NV 89520
(775) 827-2000
Attorneys for Sierra Freightliner

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMON TRANSPORTATION SERVICES, INC.,<br><br>Debtor. | Case No. BK-02-22906 (GEC)<br>Chapter 11 |
| In re:<br><br>DICK SIMON TRUCKING, INC.,<br><br>Debtor. | Case No. BK-02-22907 (GEC)<br>Chapter 11<br><br>Jointly Administered<br>No Hearing Required |

### REQUEST FOR SPECIAL NOTICE

TO: Simon Transportation Services, Inc., 5175 West 2100 South, West Valley City, UT 84120;

TO: Scott J. Goldstein, Esq., Spencer, Fane, Britt & Browne, LLP, 1000 Walnut, Suite 1400, Kansas City, MO 64106;

TO: Weston L. Harris, Esq., Parsons, Davies, Kinghorn & Peters, 185 South State Street, Suite 700, Salt Lake City, UT 84111;

TO: U.S. Trustee, #9 Exchange Place, Suite 100, Salt Lake City, UT 84111-2147; and

CD:SIMON:NOTICE

WALTHER, KEY
MAUPIN, OATS, COX
& LEGOY
ATTORNEYS AT LAW
P. O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

0222906D85

TO: All other interested parties.

Notice is hereby given that the undersigned requests to be added to the mailing matrix and requests notice of all proceedings in this matter in accordance with the provisions of Bankruptcy Rule 2002 and any special administrative noticing order entered in the jointly administered cases, and further requests that all notices, pleadings, motions and other documents be sent to the following address:

>Christopher D. Jaime, Esq.
>Walther, Key, Maupin, Oats,
>  Cox & LeGoy
>3500 Lakeside Court, #200
>P.O. Box 30000
>Reno, NV 89520
>e-mail: cjaime@waltherkey.com
>Attorneys for Sierra Freightliner

Dated this 6TH day of March, 2002.

>WALTHER, KEY, MAUPIN, OATS,
>COX & LeGOY
>
>By _____
>Christopher D. Jaime, Esq.
>Attorneys for Sierra Freightliner

CD:\SIMON\NOTICE

WALTHER, KEY
MAUPIN, OATS, COX
& LeGOY
ATTORNEYS AT LAW
P. O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

## CERTIFICATE OF SERVICE BY MAIL

I certify that I am an employee of Walther, Key, Maupin, Oats, Cox & LeGoy, and that on this date I deposited for mailing a true copy of the attached document enclosed in a sealed envelope with postage prepaid thereon in the United States Post Office, addressed to the following:

Simon Transportation Services, Inc.
5175 West 2100 South
West Valley City, UT 84120

Scott J. Goldstein, Esq.
Spencer, Fane, Britt & Browne, LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106;

Weston L. Harris, Esq.
Parsons, Davies, Kinghorn & Peters
185 South State Street, Suite 700
Salt Lake City, UT 84111

U.S. Trustee
#9 Exchange Place, Suite 100
Salt Lake City, UT 84111-2147

Ambest One Check
P.O. Box 1211
Franklin, TN 37065

Atlanta Freightliner
P.O. Box 218
Forest Park, GA 30298

Bridgestone USA Inc.
P.O. Box 73418
Chicago, IL 60673-7418

Citicapital Commercial Corporation
300 East Carpenter Freeway
17 Plaza
Irving, TX 75062

///

CD/\SIMON\NOTICE　　　1

WALTHER, KEY
MAUPIN, OATS, COX
& LEGOY
ATTORNEYS AT LAW
P. O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

| | |
|---|---|
| 1 | District Director |
|   | Internal Revenue Service |
| 2 | Special Procedures Mail Stop 5021 |
|   | Salt Lake City, UT  84111 |
| 3 | |
| 4 | Eastman Kodak Company |
|   | 1600 Lexington Avenue |
| 5 | Building 605 |
|   | Rochester, NY  14652 |
| 6 | |
| 7 | Exxon Company USA |
|   | P.O. Box 101537 |
| 8 | Atlanta, GA  30392 |
| 9 | First Insurance Funding |
|   | 135 LaSalle Street |
| 10 | Department 8075 |
|   | Chicago, IL  60674 |
| 11 | |
| 12 | Gallagher Bassett Service |
|   | Two Pierce Place, 5th Floor |
| 13 | Itasca, IL  60143 |
| 14 | |
|   | Genesis Insurance Company |
| 15 | 695 East Main Street |
|   | Stamford, CT  06901 |
| 16 | |
|   | Glaxo (CO) Fedex Supply Chain |
| 17 | 2479 Edison Boulevard |
|   | Twinsburg, OH  44087 |
| 18 | |
| 19 | Greyhound Lines, Inc. |
|   | P.O. Box 660089 |
| 20 | Dallas, TX  75266-0089 |
| 21 | Imperial Premium Finance |
|   | P.O. Box 780 |
| 22 | Morrisville, NC  27560 |
| 23 | |
|   | Michelin North America |
| 24 | 135 S LaSalle Street |
|   | Department 1762 |
| 25 | Chicago, IL  60674 |
| 26 | /// |

WALTHER, KEY
MAUPIN, OATS, COX
& LeGOY
ATTORNEYS AT LAW
P. O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

CD\SIMON\NOTICE                                2

| | |
|---|---|
| 1 | Oregon Dept. of Transportation |
| | 1905 Lana Avenue NE |
| 2 | Salem, OR  97314 |
| 3 | |
| | Qualcomm |
| 4 | 5775 Morehouse Drive |
| | San Diego, CA  92121-1714 |
| 5 | |
| | Rieskamp Equipment |
| 6 | 8068 Woodland Drive |
| | Indianapolis, IN  46278 |
| 7 | |
| 8 | Security Insurance Company |
| | P.O. Box 120099 |
| 9 | Nashville, TN  37212 |
| 10 | |
| | Thermo King SVC Inc. |
| 11 | 75 Remittance Drive |
| | Chicago, IL  60675 |
| 12 | |
| | Thomas Lallier, Esq. |
| 13 | Foley & Mansfield PLLP |
| | 1108 Nicollet Mall, Suite 200 |
| 14 | Minneapolis, MN  55403 |
| 15 | |
| | Tire Distribution Systems |
| 16 | F608 Space Park South |
| | Nashville, TN  37211 |
| 17 | |
| 18 | Utah State Tax Commission |
| | Collection Div. Bankruptcy Unit |
| 19 | 210 North 1950 West |
| | Salt Lake City, UT  84134-3340 |
| 20 | |
| | Dated this ____ day of March, 2002. |
| 21 | |
| 22 | |
| 23 | _____ |
| | Employee |

WALTHER, KEY
MAUPIN, OATS, COX
& LEGOY
ATTORNEYS AT LAW
P. O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

CDI\SIMON\NOTICE                                   3