```
                                    FILED IN THE
                                  UNITED STATES
                                BANKRUPTCY COURT
                                          UTAH

                              MAR 19  4 36 PM '02

                              WILLIAM C. STILSTROMER
                                  CLERK OF COURT
                              BY_____
                                   DEPUTY CLERK
```

Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Proposed Attorneys for Official Committee of
Unsecured Creditors

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 02-22906 GEC |
| | (Chapter 11) |
| SIMON TRANSPORATION SERVICES INC. | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | |
| | Judge Glen E. Clark |
| Debtors. | |

### ORDER APPROVING STIPULATION TO
### EXTEND DEADLINE FOR UNSECURED CREDITORS' COMMITTEE TO
### OBJECT TO MOTION OF THE DEBTORS' FOR AN ORDER APPROVING: (1)
### BIDDING AND AUCTION PROCEDURES AND SALE DATE FOR SALE OF
### ASSETS; (2) THE FORM OF BIDDING, AUCTION AND SALE NOTICE; AND
### (3) THE SCHEDULING OF AN EXPEDITED HEARING ON MOTION FOR
### SALE PROCEDURES, NOTICE, AND SALES HEARING

The Court having considered the *Stipulation To Extend Deadline for Unsecured*

*Creditors' Committee To Object To Motion of The Debtors' for an Order Approving: (1) Bidding*

243421.1



0222906D191

*and Auction Procedures and Sale Date for Sale of Assets;* (2) *The Form of Bidding, Auction and Sale Notice; and (3) The Scheduling of an Expedited Hearing on Motion for Sale Procedures, Notice, and Sales Hearing* (the "Stipulation") and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation be approved.

DATED this _21_ day of March, 2002.

BY THE COURT:

_____
The Honorable Glen E. Clark
United States Bankruptcy Judge

APPROVED AS TO FORM:

_____
Weston L. Harris
Attorney for Debtor

243421_1

2

## COURT CLERK'S CERTIFICATE OF MAILING

I hereby certify that on this ____ day of March, 2002, I caused the foregoing **ORDER APPROVING THE APPLICATION FOR APPOINTMENT OF COUNSEL TO OFFICIAL UNSECURED CREDITORS' COMMITTEE** to be sent by U.S. Mail, postage prepaid to the following:

Scott J. Goldstein
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

Weston L. Harris
Parsons Davies Kinghorn & Peters
185 South State Street
Suite 700
Salt Lake City, UT 84111

Laurie Crandall, Esq.
Assistant U.S. Trustee
9 Exchange Place, Suite 100
Salt Lake City, Utah 84111

Sierra Freightliner
Mike Holmes
1550 East Greg Street
Sparks, NV 89431-6550

Tire Distribution Systems
Eric Brewer/Brad Tibbs
11900 West 44th Avenue
Wheatridge, CO 80033

Greyhound Lines Inc.
David M. Reeves
2425 East Kearney Street
Springfield, MO 65807

Michelin North America
Robert Rattray
1 Parkway South
P.O. Box 19001
Greenville, SC 29615

Anthony & Dawn Gallegos
c/o Jeffrey Eisenberg, Esq.
Eisenberg & Gilchrist
215 South State Street, #900
Salt Lake City, UT 84111

Atlanta Freightliner Truck Sales
Toney Fitzgerald
5884 Frontage Road
Forest Park, GA 30297

Reiskamp Equipment Company
Edward B. Reiskamp
8068 Woodland Drive
Indianapolis, IN 46278

Peter Billings
Gary E. Jubber
Fabian & Clendenin
215 South State Street
Twelfth Floor
Salt Lake City, Utah 84111

243421_1