

MAY 2 3 41 PM '02

J. THOMAS BECKETT (5587)
ANNE E. RICE (7971)
PARSONS BEHLE & LATIMER
Attorneys for the Freightliner Companies
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> **SIMON TRANSPORTATION SERVICES, INC; DICK SIMON TRUCKING, INC., AND SIMON TERMINAL, LLC,** <br><br> Debtors. | Case No. 02-22906 <br> Case No. 02-22907 <br> Case No. 02-24874 <br> (Jointly Administered) <br><br> **NOTICE OF APPEAL UNDER 28 U.S.C. § 158(A) OR (B) FROM THE APRIL 22, 2002 ORDER PURSUANT TO SECTIONS 105(A), 363, 365, AND 1146 OF THE BANKRUPTCY CODE: (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS TO CENTRAL REFRIGERATED SERVICE, INC. FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; (B) APPROVING THE ASSET PURCHASE AGREEMENT; AND (C) GRANTING RELATED RELIEF** <br><br> Judge Glen E. Clark |

465657.1



0222906D449

## NOTICE OF APPEAL

Freightliner LLC (f/k/a/ Freightliner Corporation) and Freightliner Market Development Corporation (together, the "Freightliner Companies" or "Freightliner"), by and through their undersigned counsel, Parsons Behle & Latimer, appeal under 28 U.S.C. § 158(a) or (b) from the Order Pursuant to Sections 105(a), 363, 365, and 1146 of the Bankruptcy Code: (A) Authorizing the Sale of Substantially All of the Debtors' Assets to Central Refrigerated Service, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances; (B) Approving the Asset Purchase Agreement; and (C) Granting Related Relief entered in this proceeding on the 22nd day of April, 2002.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

### Parties

Central Freight Lines, Inc.
Central Refrigerated Service, Inc.
CitiCapital Business Credit
CitiCapital Leasing, fka Associates Leasing, Inc.
Dick Simon Trucking, Inc.
DST Leasing, LLC
First Union Commercial Corporation
Fleet Capital Leasing
Freightliner LLC (f/k/a/ Freightliner Corporation)
Freightliner Market Development Corporation
Interstate Equipment Leasing, Inc.
Jerry Moyes
Simon Terminal, Llc
Simon Transportation Services, Inc.
The Jerry And Vickie Moyes Family Trust
U.S. Trustee's Office
Unsecured Creditors' Committee

465657.1                                    2

**Counsel for Parties**

J. Thomas Beckett
Anne E. Rice
PARSONS BEHLE & LATIMER
Counsel for the Freightliner Companies
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
(801) 532-1234

Danny C. Kelly, Esq.
Paul W. Werner, Esq.
Julia R. Pettit, Esq.
STOEL RIVES LLP
Counsel for Jerry Moyes, The Jerry And Vickie Moyes Family Trust,
    Interstate Equipment Leasing, Inc., DST Leasing, LLC,
    Central Freight Lines, Inc., and Central Refrigerated Service, Inc.
201 South Main Street
Suite 1100
Salt Lake City, UT 84111
(801) 328-3131

Weston L. Harris
PARSONS DAVIES KINGHORN & PETERS
Counsel for Simon Transportation Services, Inc., Dick Simon Trucking, Inc. and
    Simon Terminal, LLC
185 South State Street
Suite 700
Salt Lake City, UT 84111
(801) 363-4300

465657.1                                3

L. Mark Ferre
Counsel for Simon Transportation Services, Inc., Dick Simon Trucking, Inc. and
    Simon Terminal, LLC
1366 Murray Holladay Road
Salt Lake City, UT 84117
(801) 274-9909

Mark A. Thornhill
Counsel for Simon Transportation Services, Inc., Dick Simon Trucking, Inc. and
    Simon Terminal, LLC
Spencer, Fane, Britt & Browne
1000 Walnut Street, Ste 1400
Kansas City, MO 64106-2140

Scott J. Goldstein, Esq.
SPENCER FANE BRITT & BROWNE LLP
Counsel for Simon Transportation Services, Inc., Dick Simon Trucking, Inc. and
    Simon Terminal, LLC
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-3216

Laurie Crandall
U.S. Trustee's Office
#9 Exchange Place
Suite 100
Salt Lake City, UT 84111-2147

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
Counsel for Unsecured Creditors' Committee
215 South State Street
12th Floor
Salt Lake City, UT 84111
(801) 531-8900

Douglas M. Monson, Esq.
RAY QUINNEY & NEBEKER
Counsel for First Union Commercial Corporation
79 South Main St., Ste. 600
P.O. Box 45385
Salt Lake City, UT 84145-0385
(801) 532-1500

Mark R. Gaylord, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL
Counsel for Fleet Capital Leasing
One Utah Center
201 South Main Street
Suite 600
Salt Lake City, UT 84101-2221
(801) 531-3000

Kim P. Gage, Esq.
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
Counsel for DaimlerChrysler Services North America LLC
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA 92626-1977
(714) 431-1100

Vernon L. Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL
Counsel for CitiCapital Business Credit
    And CitiCapital Leasing, fka Associates Leasing, Inc.
525 East 100 South, Suite 500
P.O. Box 11008
Salt Lake City, UT 84147-0008
(801) 532-2666

Thomas Lallier, Esq.
FOLEY & MANSFIELD, P.L.L.P.
Counsel for CitiCapital Business Credit
    And CitiCapital Leasing, fka Associates Leasing, Inc.
1108 Nicollet Mall
Suite 2000
Minneapolis, MN 55403

RESPECTFULLY SUBMITTED this 2nd day of May, 2002.

PARSONS BEHLE & LATIMER

By _____
J. THOMAS BECKETT
ANNE E. RICE
Attorneys for the Freightliner Companies

## CERTIFICATION OF SERVICE
## NOTICE OF APPEAL

I hereby certify that on May 3, 2004 I served a copy of the Notice of Appeal on counsel of record for each party to the proceeding other than the Appellant, or if a party is not represented by counsel, the party at their last known address, by 1st class mail on the date listed below: Beckett, Kelly, Harris, Ferre, Thornhill, Goldstein, Crandall, Billings, Monson, Dayford, Goss, Hopkins, Keller

5/3/02
Dated

_____
Appeals Clerk

465657.1

6