J. THOMAS BECKETT (5587)
ANNE E. RICE (7971)
PARSONS BEHLE & LATIMER
Attorneys for the Freightliner Companies
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC., AND SIMON TERMINAL, LLC,**<br><br>Debtors. | Case No. 02-22906<br>Case No. 02-22907<br>Case No. 02-24874<br>Chapter 11<br>(Jointly Administered)<br><br>MOTION FOR (I) RECONSIDERATION OF APRIL 22, 2002 ORDERS AUTHORIZING SALE, ETC. AND APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY VENDOR CONTRACTS, ETC., AND (II) EXCLUSION OF THE FREIGHTLINER COMPANIES FROM THE EFFECTS OF THOSE ORDERS<br><br>Judge Glen E. Clark |

Freightliner LLC (f/k/a/ Freightliner Corporation) and Freightliner Market Development Corporation (together, the "Freightliner Companies" or "Freightliner"), by and through their undersigned counsel, Parsons Behle & Latimer, hereby move for

465913.1



0222906D453

- Reconsideration of this Court's April 22, 2002 Order Pursuant to Sections 105(a), 363, 365, and 1146 of the Bankruptcy Code: (A) Authorizing the Sale of Substantially All of the Debtors' Assets to Central Refrigerated Service, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances; (B) Approving the Asset Purchase Agreement; and (C) Granting Related Relief (the "<u>Sale Order</u>");

- Reconsideration of this Court's April 22, 2002 Order (A) Granting Joint Motion of Debtors and Central Refrigerated Service, Inc.; (B) Authorizing Assumption and Assignment of Executory Contracts (Vendor Contracts); and (C) Granting Related Relief (the "<u>Contracts Order;</u>" together with the Sale Order, the "<u>Orders</u>"); and

- Exclusion of the Freightliner Companies, and all agreements to which they are a party with the Debtors, entirely from the effects of those Orders.

The basis for the relief requested is that the Orders granted substantial relief against Freightliner, but Freightliner did not receive adequate notice of the motions that resulted in those Orders and the Orders granted relief that went far beyond what was requested in those motions.

RESPECTFULLY SUBMITTED this 2nd day of May, 2002.

PARSONS BEHLE & LATIMER

By _____
J. THOMAS BECKETT
ANNE E. RICE
Attorneys for the Freightliner Companies

465913.1

2