Weston L. Harris (A1387)
**PARSONS DAVIES KINGHORN & PETERS, P.C.**
185 South State Street, Suite 700
Salt Lake City, UT 84111
(801) 363-4300
(801) 363-4378– Fax

Scott J. Goldstein (MO #28698)
**SPENCER FANE BRITT & BROWNE LLP**
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax

Counsel for Debtors



## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>SIMON TRANSPORTATION SERVICES INC., DICK SIMON TRUCKING, INC. and SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy No. 02-22906 GEC<br>[Chapter 11]<br><br>[JOINTLY ADMINISTERED] |

## DEBTORS' RESPONSE TO FREIGHTLINER'S
## EX PARTE MOTION FOR ORDER RESTRICTING DISCOVERY AND
## FOR SCHEDULING CONFERENCE

COME NOW the Debtors and respond to Freightliner's Ex Parte Motion for Order Restricting Discovery and for Scheduling Conference (the "Motion") as follows:

1. Debtors did not oppose a bifurcation of the hearings on June 4, 2002 at the status conference, premised on Freightliner keeping its agreement to timely provide witnesses on the notice issues so the "Notice" hearing could immediately go forward. Freightliner failed to do so. See letter dated June 27, 2002 and Debtors' revisions to Stipulation (which was never completed and filed).



0222906D674

2.     Debtors traveled to Portland, Oregon to take the "Notice" depositions on July 2, 2002. Debtors later determined the witnesses produced in Portland did not have firsthand knowledge on the "Notice" issues and had done little, if any, investigation before the depositions were taken. In fact, they identified another witness, Mr. Kevin Bangston, who Freightliner is finally producing on August 15, 2002, over one and one-half months later, and only after Debtors filed a formal 30(b)(6) notice on July 19, 2002. Freightliner has also delayed the taking of other scheduled depositions, causing further delay to a prompt resolution of this matter. Having not kept its part of the agreement, Freightliner should have no complaint.

3.     Debtors filed a Preliminary Response to Memorandum of Points and Authorities Supporting Freightliner's Motion for (1) Reconsideration of April 22, 2002 Orders Authorizing Sale, Etc. and Approving Assumption and Assignment of Executory Vendor Contracts, Etc., and (2) Exclusion of the Freightliner Companies From the Effects of Those Orders ("Preliminary Response") and a Supplemental Motion to Assume and Assign (1) Agreement Between Dick Simon Trucking and Freightliner, (2) Agreement for Conditional Commitment to Repurchase #2000-00366, (3) Agreement for Conditional Commitment to Repurchase #2001-00013 and (4) Agreement for Conditional Commitment to Repurchase #2001-00014 Pursuant to 11 U.S.C. § 365 ("Supplemental Motion"). Debtors are trying to do what the Court has asked, that is, to get the matter resolved. Debtors will make whatever documents and witnesses Freightliner needs available on an expedited basis. As set forth in the Preliminary Response, a motion to assume and assign is a summary proceeding. Freightliner's arguments that it needs to do "interrogatories,"

"document requests" and "brief" issues before discovery can take place on the assumption and assignment issues sounds like a several months delaying tactic. Freightliner has already told the parties the subject agreements are not executory and cannot be assumed and assigned, as a part of its original Motion for Reconsideration. Debtors should be allowed to discover Freightliner's support for these statements.

4. Debtors are now asking the Court for a comprehensive hearing on the Motion for Reconsideration and the Supplemental Motion Debtors filed. Debtors have already secured August 29, 2002 as a date when the Court is available. This will not prejudice Freightliner, as it was told on at least June 4, 2002, June 27, 2002 and July 19, 2002 Debtors desire to have these hearings conducted and concluded in August. Since that time, Freightliner has done nothing except to delay the prompt resolution of the matter.

DATED this 5th day of August, 2002.

SPENCER FANE BRITT & BROWNE LLP

Scott J. Goldstein   MO #28698
Daniel D. Doyle     MO #36724
Lisa A. Epps        MO #48544
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax

-and-

*Weston L. Harris*

Weston L. Harris    UT #A1387
R. Kimball Mosier   UT #2334
PARSONS DAVIES KINGHORN & PETERS
185 South State Street, Suite 700
Salt Lake City, UT 84111
(801) 363-4300
(801) 363-4378– Fax
COUNSEL FOR DEBTORS

WA 656123.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 5th, 2002, a true and correct copy of the above and foregoing was sent by U.S. Mail, postage prepaid, to all parties on the attached Service List and via facsimile and U.S. Mail, postage prepaid to the following:

U.S. Trustee
U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

J. Thomas Beckett
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, Utah 84145-0898

Michael N. Emery
Richards Brandt Miller & Nelson
50 South Main, Suite 700
Salt Lake City, Utah 84144

Scott J. Goldstein
Lisa A. Epps
Spencer Fane Britt & Browne
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140

*Sara Rose Bullows*

WA 656123.1

Laurie A. Crandall
Office of the United States Trustee
Boston Building
9 Exchange Place, Suite 100
Salt Lake City, UT 84111

Scott Goldstein, Esq.
Lisa A. Epps, Esq.
**SPENCER FANE BRITT & BROWNE LLP**
1000 Walnut, Suite 1400
Kansas City, Missouri 64106

Dan Doyle, Esq.
**SPENCER FANE BRITT & BROWNE LLP**
Clayton Center, Fifth Floor
120 South Central
St. Louis, Missouri 63105

Weston L. Harris, Esq.
**PARSONS DAVIES KINGHORN & PETERS**
185 South State, Suite 700
Salt Lake City, UT 84111

Dick Simon Trucking, Inc.
Attn: Kristen Fonnesbeck
5175 West 2100 South
P.O. Box 26297
Salt Lake City, Utah 84126-0297

Heidi Hornung-Scherr
Scudder Law Firm, P.C., L.L.C.
411 Building
411 South 13th Street
Lincoln, NE 68508

Gregory J. Adams, Esq.
**MCKAY BURTON & THURMAN**
10 East South Temple, Suite 600
Salt Lake City, UT 84133

George S. Adondakis
Hoobs Adandakis & Olson
Felt Building, Suite 208
341 South Main Street
Salt Lake City, UT 84111

Ambest One Check
Attn: Billy Lou Smith
101 Westpark Drive, Suite 230
Brentwood, TN 37027

American Family Insurance Group
6301 James A. Reed Road
Kansas City, MO 64133-4775

American Towing Alliance
c/o Bob Watson
P.O. Box 3865
Ontario, CA 91761

Ameritech Credit
SBC Capital Services
Attn: Brady Smith
4C39G
2000 West Ameritech Center
Hoffman Estates, IL 60196

Aspen Distribution
1865 South 4490 West
PO Box 26126
Salt Lake City, Utah 84126

Atlanta Freightliner
Attn: Lajuana Garcia
5884 Frontage Road
Forest Park, GA 30297

Banc of America Leasing & Capital
Attn: Dawn Kinney
CA5-705-04-01
555 California Street, 4th Floor
San Francisco, CA 94104

Banc of America Leasing & Capital, LLC
2059 Northlake Parkway, 4th Floor
Tucker, GA 30084

Duane A. Baker, Esq.
303 Texas Avenue, Suite 1400
El Paso, TX 79901-1461

Ronald C. Barker, Esq.
Thomas E. Stamos, Esq.
Barker Law Office
2870 South State Street
Salt Lake City, UT 84115

Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
711 Third AVenue
New York, NY 10017-4014

Leslie W. Berggren
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Peter W. Billings, Esq.
Gary E. Jubber, Esq.
FABIAN & CLENDENIN
215 South State, #1200
Salt Lake City, UT 84111

Wayne H. Braunberger
Ashton Braunberger & Boud
765 East 9000 South, Suite A-1
Sandy, Utah 84094

Bridgestone USA Inc.
Attn: Alecia Leach
P.O. Box 73418
Chicago, IL 60673-7418

George Burbidge
50 South Main Street, Suite 1500
Salt Lake City, UT 84147

Rex Curtis Bush, Esq.
BUSH LAW FIRM
9615 South 700 East
Sandy, UT 84070

Barbara Lee Caldwell
Deputy County Attorney
301 W. Jefferson, 9th Floor
Phoenix, AZ 85003

J. Randall Call, Esq.
Sally J. McMinimee, Esq.
PRINCE YEATES & GELDZAHLER
175 East 400 South, #900
Salt Lake City, UT 84111

Citicapital Commercial Corporation
Attn: Kerry Loven
300 East Carpenter Freeway 17 Plaza
Irvine, TX 75062

Citicapital Commercial Corporation
Attn: Andy Villapudua
2890 Gateway Oaks Drive, #220
Sacramento, CA 95833

CIT Group/Equipment Financing
Attn: Bill Hildebrand
1450 West Fountainhead Parkway
Temple, AZ 85282

Elaine Z. Cole, District Tax Attorney
State of New York
Department of Taxation and Finance
340 East Main Street
Rochester, NY 14604

Gary W. Collins
Collins, Fairfield, Fowler, Harlan & Bre
10920 Ambassador Dr., Ste. 500
Kansas City, MO 64153

ComData
c/o Susan McGee
5312 Maryland Farm Way
Brentwood, TN 37027
**(Returned 03/15/02)**

Tamara Nydell Cook, Esq.
**RENAUD COOK & DRURY, P.A.**
Two Renaissance Square
40 North Central Avenue, Suite 1600
Phoenix, AZ 85004

L.R. Curtis, Jr.
MANNING CURTIS BRADSHAW &
BEDNAR Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111

Daimler Chrysler
Attn: Steve Goodale
1011 Warrenville Road, Suite 600
Lisle, IL 60532

Michael G. Daiy
600 Jefferson Street, Suite 408
PO Box 2716
Lafayette, LA 70501

Dakotaland Autoglass
Attn: Julie Jacobsen
PO Box 140
Lake Norden, SD 57248

Joel R. Dangerfield
9 Exchange Place, Suite 1123
Salt Lake City, Utah 84111

Thomas R. Daniels, Esq.
**LENAHAN & DEMPSEY**
Suite 400 Kane Building
P.O. Box 234
Scranton, PA 18501-0234

John P. Dillman, Esq.
LINEBARGER GOGGAN BLAIR
PENA & SAMPSON, LLP
P.O. Box 3064
Houston, TX 77253-3064

Dime Commercial Corporation
Attn: John Soisson
1180 Avenue of the Americas
Suite 510
New York City, NY 10036

Gary E. Doctorman
Parsons Behle & Latimer
201 South Main Street, Ste 1800
PO Box 11898
Salt Lake City, Utah 84747-0898

Steven W. Dougherty
Anderson & Karrenberg
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101-2006

Anna W. Drake
215 South State Street, Suite 500
Salt Lake City, Utah 84111

DST, LLC
Attn: Elly Penrod
2200 South 75th Avenue
Phoenix, AZ 85043

Eastman Kodak Company
Attn: Cindy Palmer
1600 Lexington Avenue
Building 605
Rochester, NY 14652

Jeffery D. Eisenberg
Eisenberg & Gilchrist
215 South State Street, Suite 900
Salt Lake City, Utah 84111

Michael N. Emery, Esq.
Russell C. Fericks, Esq.
RICHARDS BRANDT MILLER & NELSON
Key Bank Tower, Seventh Floor
50 South Main Street
P.O. Box 2465
Salt Lake City, UT 84110-2465

**Exxon Company USA**
**Attn: Mohamedi Reena**
**3225 Gallows Road**
**Fairfax, Virginia 22037**

Thomas S. Farnish, Esq.
**LEYDEN AND LEYDEN**
156 Main Street
Hackensack, NJ 07601

L. Mark Ferre, Esq.
1366 East Murray Holladay Road
Salt Lake City, UT 84117

Fifth Third Leasing Company
Attn: Bill Thurman
38 Fountain Square Plaza, MD 1
COM3A
Cincinnati, OH 45263

First Insurance Funding
Attn: Chris Grela
450 Skokie Boulevard, Suite 1000
Northbroook, IL 60062

First Source Bank
Attn: Regina King
P.O. 783
South Bend, IN 46624

First Union Commercial Corporation
Attn: Jody Roberts
201 So. College Street
Charlotte, NC 28288

First Union Commercial Corp.
1339 Chestnut Street, 10th Floor
Philadelphia, PA 19107

Fleet Capital Leasing
Attn: Frank Sterdjevich
One South Wacker Drive, Suite 3800
Chicago, IL 60606

Douglas M. Foley
McGUIREWOODS LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

James H. Forsythe
6410 Poplar Avenue, Suite 130
Memphis, TN 38119

Gallagher Basset Service
Attn: Joe Dilacova
2 Pierce Place, 5th Floor
Itasca, IL 60143

Mark R. Gaylord, Esq.
Craig H. Howe, Esq.
Ballard Spahr Andrews & Ingerson, ILP
One Utah Center, Suite 600
201 South Main Street
Salt Lake City, UT 84111

GE Capital/SAFECO Credit Company, Inc.
Attn: Ron Koehler
10865 Willows Road N.E. 3rd Floor
Redmond, WA 98052-2502

Genesis Insurance Company
695 East Main Street
Samford, CT 06901

Kevin G. Glade, Esq.
Elaine A. Monson, Esq.
RAY QUINNEY & NEBEKER
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Glaxo (CO) Fedex Supply Chain
Attn: Chuck Biddle
2479 Edison Boulevard
Twinsburg, OH 44087

GMAC Comm. Mort./National Life
Attn: Francis J. von Turkovich
One National Life Drive
Montpelier, VT 05604

Mark V.L. Gray
Gray Newell Johnson & Blackmon, LLP
108 North Elm Street
Greensboro, NC 27401

William F. Grady, IV, Esq.
NEISSNER TIERNEY FISHER & NICHOLS, S.C.
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622

Todd A. Greenwell
900 Cherokee Road
Louisville, KY 40202

Greyhound Lines Inc.
Attn: Lori Langley
2425 East Kearney
Springfield, MO 65803

Jack Hall, Jr.
Hall Conerly Mudd & Bolvig
505 20th Street North
Birmingham, AL 35203-2626

Joseph J. Hamilton, Esq.
QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

William J. Hansen, Esq.
Nathan D. Alder, Esq.
CHRISTENSEN & JENSEN, P.C.
50 South Main, Suite 1500
Salt Lake City, UT 84144

C. Richard Henriksen, Jr.
Henriksen Henriksen & Call
320 South 500 East
Salt Lake City, UT 84102

Steven Hermanowitz
c/o L/O of William Van Order
414 S. Palm Avenue, Suite C-2
Hemet, CA 92543

Vernon L. Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL
525 East First South, Fifth Floor
Salt Lake City, UT 84102

Noel S. Hyde, Esq.
5926 S. Fashion Pointe Drive, #200-D
South Ogden, UT 84403

IBJ Whitehall Financial Group
Attn: Bob Brown
One State Street
New York City, NY 10004

Internal Revenue Service
Attn: Special Procedures
Mail Stop 5021
50 South 200 East
Salt Lake City, UT 84111

Interstate Equipment Leasing
Attn: Elly Penrod
2200 South 75th Avenue
Phoenix, AZ 85043

Imperial Premium Finance
Attn: Paul Raymond Cohen
160 Water Street, 19th Floor
New York, NY 10038

Christopher D. Jaime, Esq.
WALTHER KEY MAUPIN OATS COX & LEGOY
P.O. Box 30000
Reno, NV 89520

Mark F. James
PO Box 11019
Salt Lake City, Utah 84147

David R. Jostad
MaLeCo, P.O. Box 9065
Salem, OR 97305

Eckley M. Keach
Goodman, Chesnoff & Keach
520 South Fourth Street
Las Vegas, NV 89101

Danny C. Kelly, Esq.
Paul W. Werner, Esq.
STOEL RIVES LLP
201 South Main, #1100
Salt Lake City, UT 84111

Key Bank
Attn. Jonathon A. Braun
3300 East First Avenue, 2nd Floor
Denver, CO 80206

Key Corp Leasing
Attn: Steve Peckar
3300 East First Avenue
Denver, CO 80206

Key Corp Leasing
54 State Street
Albany, NY

R.L. Knuth, Esq.
Jeffrey W. Shields, Esq.
JONES WALDO HOLBROOK & McDONOUGH
1500 Wells Fargo Plaza
170 South Main Street
Salt Lake City, UT 84101

Thomas J. Lallier, Esq.
FOLEY & MANSFIELD
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403

Elliot R. Lawrence
West Valley City Attorney's Office
3600 Constitution Boulevard
West Valley City, UT 84119

Janet Lewis
LEWIS LAW OFFICES
10 West 100 South, Suite 703
Salt Lake City, UT 84101

Joel T. Marker, Esq.
McKAY BURTON & THURMAN
10 East South Temple, #600
Salt Lake City, UT 84133

Samuel S. McHard
Bryan Nelson Randolph & Weathers
PO Drawer 18109
Hattiesburg, MS 39404-8109

Steven W. Meyer, Esq.
James M. Jorissen, Esq.
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609

Michael C. Moody, Esq.
O'ROURKE McCLOSKY & MOODY
The Chicago Title & Trust Tower
161 N. Clark Street, Suite 2230
Chicago, IL 60601

Jay H. Ong, Esq.
MUNSCH HARDT KOPF & HARR, P.C.
111 Congress Aenue, Suite 2010
Austin, TX 78701

David W. Overholt, Esq.
M. Darin Hammond, Esq.
RICHER SWAN & OVERHOLT, P.C.
6925 South Union Park Center, Suite 450
Midvale, UT 84047

Jeanne M. Laborde, Esq.
THE LABORDE LAW FIRM LLC
P.O. Box 80098
Lafayette, LA 70598-0098

Reid W. Lambert, Esq.
Elizabeth R. Loveridg, Esq.
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84110-3358

Mark G. Ledwin, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604

Stephen W. Lewis
Attorney General's Office
160 East 300 South, Suite 500
PO Box 140874
Salt Lake City, UT 84114

MBC Leasing Corporation
Attn: Timothy Naylon
2 Hopkins Plaza, 5th Floor
Baltimore, MD 21203

Mercedes-Benz Credit Corporation
Attn: Bill McCarthy
1011 Warrenville Road, Suite 600
Lisle, IL 60532

Michelin North America
Attn: Robert Rattray
1 Parkway South
Greenville, SC 29615

Alan W. Mortensen
Dewsnup King & Olsen
2020 Beneficial Life Tower
36 South State Street
Salt Lake City, UT 84111

Oregon Dept. of Transportation
Attn: Dorothy Sebastian
Collections: ODOT
550 Capitol Street NE
Salem, OR 97301

William T. Peckham, Esq.
1104 Nueces Street, Suite 104
Austin, TX 78701-2128

Brian J. LaFlamme
Missouri Department of Revenue
Bankruptcy Unit
PO Box 465
Jefferson City, MO 65105-0475

Richard F. Lancefield, Esq.
6219 SE Main Street
Portland, OR 97215

David E. Leta, Esq.
SNELL & WILMER
15 West South Temple, #1200
Salt Lake City, UT 84101

Robert B. Lochhead, Esq.
PARR WADDOUPS BROWN GEE
& LOVELESS
185 South State, #1300
Salt Lake City, UT 84111

Dennis F. McCrosson, Esq.
McCROSSON & NERZ, P.C.
Emerson Professional Park, Suite A
7855 South Emerson Avenue
Indianapolis, Indiana 46237

Kim Gage, Esq.
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA 92626

David C. Mitchell, Esq.
YOST SCHAFERSMAN LAMME HILLIS
MITCHELL & SCHULZ, P.C.
81 West Fifth Street
Fremont, NE 68025

Michael D. Nord, Esq.
GEBHARDT & SMITH LLP
The World Trade Center
401 E. Pratt Street, 9th Floor
Baltimore, Maryland 21202

ORIX USA Corporation
Attn: Tom Hidder
550 South Hope Street, Suite 1600
Los Angeles, CA 90071

George W. Pratt, Esq.
JONES WALDO HOLBROOK & McDONOUGH
1500 Wells Fargo Place
170 South Main Street
Salt Lake City, UT 84101-1644

Robert S. Prince, Esq.
KIRTON & McCONKIE
Eagle Gate Tower, Suite 1800
60 East South Temple
Salt Lake City, UT 84111-1004

Provident Commercial
Attn: Rae E. Buck
One East Fourth Street
Cincinnati, OH 45202

Qualcomm
Attn: Pam Thompson
5775 Morehouse Drive, Suite O260G
San Diego, CA 92121-1714

Timm W. Reid
The Plaza, Suite 5
300 Walnut Street
Des Moines, IA 50309

Rieskamp Equipment
Attn: Vicky Rieskamp
8068 Woodland Drive
Indianapolis, IN 46278

Rocky Mountain Turf & Industrial
Equipment
Attn: Clark Larsen
4350 South 50 West
Salt Lake City, UT 84107

David E. Runck, Esq.
OPPENHEIMER WOLFF & DONNELLY LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Salt Lake County Treasurer
Attn: Steve/Jackie
2001 S. State, Rm N2300
Salt Lake City, UT 84190-1300

Herschel J. Saperstein, Esq.
Scott H. Clark, Esq.
RAY QUINNEY & NEBEKER
36 South State Street, #1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Chris Schmutz, Esq.
533 West 2600 South, Suite 200
Bountiful, UT 84010

Securities and Exchange Commission
Attn: Sandra W. Lavigna
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036

Security Insurance Company
Attn: Corey Life
50 Vantage Way, Suite 100
Nashville, TN 37228

Jeffrey L. Shields, Esq.
Randall D. Benson, Esq.
CALLISTER NEBEKER & McCULLOUGH
Gateway Tower East, Suite 900
10 East South Temple
Salt Lake City, UT 84133

Susan S. Shook
PO Drawer P
Vidalia, GA 30474

Sierra Freightliner
Attn: Mike Holmes
1550 E Greg Street
Sparks, NV 89431-6550

Michael G. Smith, Esq.
Julie P. Wright, Esq.
GIBSON OCHSNER & ADKINS, LLP
701 South Taylor, Suite 500
Amarillo, TX 79101-2400

Sterling A. Smith
1300 I Street
PO Box 944255
Sacramento, California 94244-2550

Gerald H. Suniville, Esq.
VAN COTT, BAGLEY, CORNWALL &
McCARTHY
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, Utah 84145

TBCC Funding Trust I
9399 West Huggins Road, Suite 600
Rosemont, IL 60028

TCF Leasing, Inc.
Attn: Bob Stark
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305

Thermo King SVC Inc.
Attn: Jim Chamberlain
314 West 90th Street, Mailstop 20
Bloomington, MN 55420

Thermo King SVC Inc.
Attn: Matt Brown
314 West 90th Street, Mailstop 40
Bloomington, MN 55420

James E. Till, Esq.
PERKINS COI LLP
1211 SW Fifth Avenue, Suite 1500
Portland, OR 97204

Andrew J. Petrie, Esq.
Petrie, Bauer, Vriesman & Eddington
1775 Shorman Street, #2800
Denver, CO 80203

Martha J. Simon, Esq.
LAW OFFICES OF MARTHA J. SIMON
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Alan J. Statman, Esq.
Brian Giles, Esq.
STATMAN HARRIS SIEGEL & EYRICH LLC
2900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202

Tire Distribution Systems
Elaine Fortenberry
F608 Park South
Nashville, TN 37211
(Returned 04/2/02 as no such number)

Transamerica Equipment Financial Service
Attn: Dan Rouse
One Preston Park South
4975 Preston Park Blvd., Suite 320
Plano, TX 75093-5150

Trans Lease, Inc.
P.O. Box 16464
Denver, CO 80216-0464

U.S. Bank
Attn: Mike Bennett
7659 SW Mohawk
Tualatin, OR 97062

| | | |
|---|---|---|
| Daniel D. Price<br>U.S. Attorney's Office<br>185 South State Street, Suite 400<br>Salt Lake City, UT 84111 | Utah Department of Workforce Services<br>140 East 300 South<br>P.O. Box 45288<br>Salt Lake City, UT 84145-0288 | Utah State Tax Commission<br>Attn: Hal Mauchle<br>210 North 1950 West<br>Salt Lake City, UT 84134-7040 |
| Steven J. Van Maren<br>11039 S. Lexington Cir.<br>Sandy, UT 84092 | Wells Fargo Bank<br>Attn: Eric Rumple<br>79 South Main, 8th Floor<br>Salt Lake City, UT 84111 | Wells Fargo Bank<br>381 East Broadway, 2nd Floor<br>Salt Lake City, UT 84111 |
| Kent O. Willis, Esq.<br>Deputy Utah County Attorney<br>100 East Center Street, Suite 2400<br>Provo, UT 84606 | Jeffrey M. Wilson<br>Wilson & McColl<br>420 West Washington<br>PO Box 1544<br>Boise, ID 83701 | Donald J. Winder, Esq.<br>John W. Holt, Esq.<br>WINDER & HASLAM, P.C.<br>175 West 200 South, #4000<br>P.O. Box 2668<br>Salt Lake City, UT 84110-2668 |

# SPENCER FANE

## BRITT & BROWNE LLP

ATTORNEYS & COUNSELORS AT LAW

SCOTT J. GOLDSTEIN
DIRECT DIAL (816) 292-8218
sgoldstein@spencerfane.com

5000729.2

June 27, 2002

**VIA FACSIMILE 801-536-6111 AND U.S. MAIL**

J. Thomas Beckett, Esq.
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84145-0898

    Re:   **Draft Stipulation**

Dear Tom:

These are my comments with respect to the draft stipulation:

    1.    The debtors agreed to a bifurcation of the hearings and that discovery on certain issues was necessary. My original timetable, however, was that discovery be completed in June and early July to the extent necessary, and to have both parts of the hearings, if necessary, completed by the end of July. While this now does not appear possible, the debtors need to have these proceedings at an end as soon as possible. I would ask that all parties agree that to the extent a second hearing is necessary, it be held no later than the end of August, and that the parties obtain a tentative date from the Court on that second hearing, should it be necessary.

    2.    I have a hearing in Salt Lake City on August 8, 2002, so will already be out there. If the first hearing could be held on the 8th or 9th, so I do not need to make another trip out there, it will help me and save the estate additional costs.

    3.    The debtors and the unsecured creditors' committee want to be certain we can participate in discovery agreed to between Central and Freightliner, but are not required to do so. Tom, when I spoke with you earlier, I told you the debtors really only sought a 30(b)(6) deposition of a representative of Freightliner who could testify on the notices issues and, to the extent necessary, assumption and assignment issues. I will forego a separate 30(b)(6) deposition at this time as long as I have your confirmation that the designated

WA 650638.1

1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
St. Louis, Missouri    (816) 474-8100    Fax (816) 474-3216    Overland Park, Kansas
www.spencerfane.com

SPENCER FANE
BRITT & BROWNE LLP
ATTORNEYS & COUNSELORS AT LAW

J. Thomas Beckett, Esq.
June 27, 2002
Page 2

representatives of Freightliner are sufficiently knowledgeable to testify about what documents or pleadings Freightliner received from whatever source, including, but not limited to, the debtors, and what oral discussions or knowledge Freightliner had concerning the bankruptcy cases, the sale of assets and the assumption and assignment of any contracts to which Freightliner was a party. To the extent such representatives whose depositions are being taken on July 2, 2002 do not have such knowledge, the debtors reserve the right to seek further discovery on these issues.

4. What time are the depositions on July 2, 2002 scheduled, and where will they be held? I need to know to make travel arrangements.

5. Finally, I want to be clear that the Stipulation between Central and Freightliner relates to the timing and general subject matter of the depositions and hearings only, and does not bind debtors or the committee on any other matters or issues, if any, referenced therein.

These are my comments to the stipulation. If you have any questions, please do not hesitate to contact me. I will mark up the stipulation in a manner consistent with these comments, and provide it to you today or tomorrow morning.

Very truly yours,

Scott J. Goldstein

SJG:kl

cc: Michael N. Emery, Esq. (via facsimile 801-532-5506)
Weston L. Harris, Esq. (via facsimile 801-363-4378)
Rob Goates (via facsimile 801-924-7327)

WA 650638.1

**draft**
June 25, 2002
11:41 AM

**draft**
June 25, 2002
11:41 AM

*Prepared by:*

J. Thomas Beckett (5587)
AnnE E. rice (7971),
PARSONS BEHLE & LATIMER
Attorneys for Freightliner
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
E-mail: tbeckett@pblutah.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| In re: SIMON TRANSPORTATION SERVICES, INC.; DICK SIMON TRUCKING, INC., AND SIMON TERMINAL, LLC, Debtors. | Case No. 02-22906<br>Case No. 02-22907<br>Case No. 02-24874<br>(Jointly Administered)<br><br>STIPULATION (DISCOVERY AND HEARING DATES RE: NOTICE RE: FREIGHTLINER'S MOTION FOR RECONSIDERATION) AND ORDER<br><br>Judge Glen E. Clark |
|---|---|

Freightliner LLC (f/k/a/ Freightliner Corporation) and Freightliner Market Development Corporation (together, "Freightliner"), and Central Refrigerated Service, Inc. ("Central"), by and through their undersigned counsel, hereby stipulate and agree as follows:

Recitals

474619.1
DRAFT

1

**draft**  
June 25, 2002  
11:41 AM

**draft**  
June 25, 2002  
11:41 AM

A. On May 2, 2002, Freightliner served and filed its Motion for (I) Reconsideration of April 22, 2002 Orders Authorizing Sale, etc. and Approving Assumption and Assignment of Executory Vendor Contracts, etc., and (II) Exclusion of the Freightliner Companies From the Effects of those Orders. A hearing on the Motion (the "Hearing") was set for June 4, 2002 at 10:00 am.

B. Prior to the Hearing, Central's counsel indicated a desire and a necessity to take deposition testimony on all issues raised by the Motion.

C. Also prior to the Hearing, counsel for Freightliner and counsel for Central, on behalf of their respective clients, agreed that certain discovery would be allowed and that the issues presented by the Motion would be bifurcated as follows: First, whether or not Freightliner received actual and/or adequate and timely notice of the relief that was ultimately awarded to Central in the Sale Order (capitalized terms which are not defined herein are used as defined in the Motion) and the Contracts Order, and, second, if not, whether the Freightliner Commitments can lawfully be assumed by the Debtors and assigned to Central.

## Stipulation

NOW, THEREFORE, in order to avoid the expense, uncertainty and delay of protracted litigation over discovery issues, the parties hereto agree as follows:

474619.1  
DRAFT

2

**draft**
June 25, 2002
11:41 AM

**draft**
June 25, 2002
11:41 AM

1. Central will take the depositions upon oral testimony of two Freightliner employees (Sally Fawver and Wells Talmadge) in Portland, Oregon, on July 2, 2002. Freightliner will provide the facilities (without charge to Central) and a court reporter (at Central's expense).

2. Central will take the depositions upon oral testimony of two employees of DaimlerChrysler Services North America LLC (Steven Goodale and Klaus Enteman) in Chicago, Illinois, on July 25, 2002. DCS will provide the facilities (without charge to Central) and Central will provide the court reporter (at its own expense).

3. These depositions will be limited in scope to the following inquiry: "What, if anything, did Freightliner know with respect to the specific relief being sought in this Court – as that relief related to Freightliner – and when did it know it?"

4. Central will serve and file its response to the Motion (but only with respect to the first issue referenced in the recitals above) on or before July 31, 2002.

5. Freightliner will serve and file its reply to Central's response on or before August 7, 2002.

6. A hearing will be held in this Court at __:___ (_)m. on August __, 2002 on the first issue referenced in the recitals above. If this Court concludes that Freightliner did not receive actual and/or adequate and timely notice, then counsel to Freightliner will

474619.1
DRAFT

3

**draft**
June 25, 2002
11:41 AM

**draft**
June 25, 2002
11:41 AM

at that time request a hearing date on the second issue referenced in the recitals above. At this time, counsel agree that further discovery and/or briefing may be necessary before such hearing.

8. On or before July 15, 2002, Central will provide to counsel for Freightliner (i) all of Central's and the Debtors' drafts of the Sale Order prepared between March 10, 2002 and April 22, 2002, and (ii) all of Central's and the Debtors' drafts of the Contracts Order prepared between April 9, 2002 and April 22, 2002.

The foregoing Stipulation has been
AGREED TO AND SUBMITTED BY:

PARSONS BEHLE & LATIMER

_____
J. Thomas Beckett
ANNE E. RICE
Attorneys for Freightliner


RICHARDS BRANDT MILLER & NELSON

_____
MICHAEL N. EMORY
RUSSELL C. FERICKS
Attorneys for Central

The foregoing Stipulation is
SO ORDERED
As of this ___ day of July, 2002:

_____
UNITED STATES BANKRUPTCY JUDGE

474619.1
DRAFT

4

**draft**     **draft**
June 25, 2002    June 25, 2002
11:41 AM      11:41 AM

474619.1
DRAFT

5