Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Attorneys for Official Committee of
 Unsecured Creditors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 02-22906 GEC |
| | (Chapter 11) |
| SIMON TRANSPORTATION SERVICES INC. | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | |
| | Judge Glen E. Clark |
| Debtors. | |

### NOTICE OF ENTRY OF ORDER CONFIRMING
### SECOND AMENDED JOINT PLAN OF LIQUIDATION

PLEASE TAKE NOTICE that on March 12, 2003, the United States Bankruptcy Court for the District of Utah, Central Division entered its *Order Confirming Amended Joint Plan of Liquidation*, confirming the *Second Amended Plan of Liquidation Dated December 27, 2002*, filed by the Debtors and the Official Committee of Unsecured Creditors.

DATED this 25th day of March, 2003.

_____
Peter W. Billings
Gary E. Jubber
FABIAN & CLENDENIN
A Professional Corporation
Attorneys for the Unsecured Creditors' Committee

274335_1



0222906D987