FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2003 APR 11 P 3: 31

DISTRICT OF UTAH

BY_____
DEPUTY CLERK

CALLISTER NEBEKER & McCULLOUGH
JEFFREY L. SHIELDS (2947)
RANDALL D BENSON (0295)
ZACHARY T. SHIELDS (6031)
Gateway Tower East Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127

Attorneys for Dime Commercial Corporation

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy No. 02-22906 |
| | (Jointly Administered) |
| SIMON TRANSPORTATION SERVICES, INC. and | Chapter 11 |
| DICK SIMON TRUCKING, INC., | |
| | Judge Glen E. Clark |
| Debtors. | **DIME COMMERCIAL CORPORATION'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM** |

        Pursuant to 11 U.S.C. § 365(d)(10) and/or 11 U.S.C. § 503(b)(1)(A), Dime Commercial

Corporation ("Dime"), by and through its attorneys of record, hereby moves this Court for an

order granting Dime allowance and payment of an administrative expense priority claim.  In

support of its Motion, Dime alleges the following:

370180.1


0222906D1000

## PARTIES

1.      On February 25, 2002 (the "Petition Date"), Simon Transportation Services, Inc.

("Simon Transportation") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy

Code, Case No. 02-22906).  On the Petition Date, Dick Simon Trucking, Inc. ("Simon

Trucking") also filed a voluntary petition under Chapter 11 of the Bankruptcy Code, Case No.

02-22907.  Pursuant to motions filed by both Simon Trucking and Simon Transportation, the

cases are being jointly administered under Bankruptcy Case No. 02-22906.  Simon Trucking and

Simon Transportation will hereafter be referred to jointly as the "Debtors."

2.      Dime was a lessor of certain equipment to the Debtors.

## JURISDICTION AND VENUE

3.      This is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A) and (B).  Venue

and jurisdiction of this contested matter is proper in this district pursuant to 28 U.S.C. §§ 1334

and 1409.

## STATEMENT OF RELEVANT FACTS

4.      Dime is a personal property equipment lessor of the Debtors as evidenced by the

following:

> a.      On or about February 17, 1993, for valuable and sufficient consideration,
>
> NationsBanc Leasing Corporation ("NationsBanc"), as Lessor, and Simon
>
> Trucking, as Lessee,  entered into a Motor Vehicle Lease Agreement,
>
> Lease No. 08047-00200, as amended by Amendment No. 1 to Motor
>
> Vehicle Lease Agreement No. 08047-00200 ("Amendment No.

2

1")(collectively the "Lease"), whereby NationsBanc agreed to lease to Simon Trucking and Simon Trucking agreed to lease from NationsBanc certain vehicles to be identified in Requests to Purchase, upon terms and conditions set forth in the Lease and in the Requests to Purchase.  (A true and correct copy of the Lease is attached as Exhibit B to the Proof of Claim filed by Dime on August 26, 2004 (the "Proof of Claim")).

b.      On or about August 16, 1996, for valuable and sufficient consideration, Simon Transportation executed and delivered to NationsBanc a Guaranty of Corporation (the "Guaranty"), whereby Simon Transportation unconditionally guaranteed the full payment and performance by Simon Trucking of all financial accommodations and other obligations under the Lease, including without limitation payment of all principal, interest and other charges, including attorney fees and expenses, payable to Dime under the Lease, plus all additional costs of collection to enforce the Guaranty, including fifteen percent (15%) of the total principal and interest owing under the Lease as attorney fees, together with all other legal and court expenses.  (A true and correct copy of the Guaranty is attached as Exhibit C to the Proof of Claim).

c.      On or about April 22, 1998, for valuable and sufficient consideration, NationsBanc and Dime entered into a Master Assignment Agreement (the "Assignment Agreement"), whereby NationsBanc agreed to sell to Dime

3

and Dime agreed to purchase from NationsBanc certain of NationsBanc's

rights, duties and obligations under the Lease, as amended, all as more

particularly set forth in the Assignment Agreement. (A true and correct

copy of the Assignment Agreement is attached as <u>Exhibit D</u> to the Proof of

Claim).

d.    Pursuant to the Lease and the Assignment Agreement, and for valuable

and sufficient consideration, Dime, as Lessor, and Simon Trucking, as

Lessee, entered into the following four (4) separate Requests to Purchase

(collectively the "Requests to Purchase"):

(1)    Request to Purchase Number 7 ("Request to Purchase Number 7"),

including Amendment Number 1 to Motor Vehicle Lease

Agreement 08047-00200 Lease Schedule 007, whereby Dime, as

Lessor, leased to Simon Trucking, as Lessee, seventy-five (75)

1998 Utility 53' x 102" Model VS2RX Semi-Trailers, as more

particularly described in Request to Purchase Number 7 (A true

and correct copy of Request to Purchase Number 7 is attached

<u>Exhibit E</u> to the Proof of Claim) ;

(2)    Request to Purchase Number 8 ("Request to Purchase Number 8"),

including Amendment Number 1 to Motor Vehicle Lease

Agreement 08047-00200 Request to Purchase 8, whereby Dime, as

Lessor, leased to Simon Trucking, as Lessee, seventy-five (75)

4

1998 Utility 53' x 102" Model VS2RX Semi-Trailers, as more

particularly described in Request to Purchase Number 8 (A true

and correct copy of Request to Purchase Number 8 is attached

Exhibit F to the Proof of Claim) ;

(3)     Request to Purchase Number 10 ("Request to Purchase Number

10"),  whereby Dime, as Lessor, leased to Simon Trucking, as

Lessee, nine (9) 2000 Freightliner FLD 120 Tractors, as more

particularly described in Request to Purchase Number 10  (A true

and correct copy of Request to Purchase Number 10 is attached

Exhibit G to the Proof of Claim) ; and

(4)     Request to Purchase Number 13 ("Request to Purchase Number

13"), whereby Dime, as Lessor, leased to Simon Trucking, as

Lessee, thirty (30) 2000 Freightliner FLD 120 Tractors, as more

particularly described in Request to Purchase Number 13.   (A true

and correct copy of Request to Purchase Number 13 is attached

Exhibit H to the Proof of Claim) ;

The one hundred fifty (150) trailers and thirty-nine (39) tractors described

in the Requests to Purchase are hereafter referred to collectively as the

"Vehicles."

e.     The Lease was further amended by Amendment No. 2 ("Amendment No.

2"), a true and correct copy of which is attached as Exhibit I to the Proof of

5

Claim).  The Requests to Purchase, although each constituting a separate

instrument of lease incorporating the terms and conditions of the Lease,

are referred to collectively as the "Lease."

f. Both Simon Trucking and Simon Transportation approved the assignment

of the Lease to Dime.

g. Dime took possession of the original Utah Certificate of Title for each of

the Vehicles.  As Lessor, Dime was the owner of the Vehicles and,

accordingly, was named as the owner on each Utah Certificate of Title for

each of the one hundred fifty (150) trailers described in Requests to

Purchase Numbers 7 and 8.  However, Simon Trucking (rather than Dime)

was mistakenly named as the owner and Dime was mistakenly named as

the lien-holder on each Utah Certificate of Title for the thirty-nine (39)

tractors described in Requests to Purchase Numbers 10 and 13.  As a

precautionary measure, under the Lease, Simon Trucking granted to Dime

a first-priority fully perfected security interest in each of the Vehicles.

5. On or about November 6, 2001, Dime notified the Debtors in writing that based

upon the defaults under the Lease, the Lease and Simon Trucking's right to possession and use of

the Vehicles under the Lease were terminated.  (A true and correct copy of that notice, dated

November 6, 2001, is attached as <u>Exhibit 9</u> to Dime's Motion for Relief from the Automatic

Stay, dated March 12, 2002).

6

6.      On December 12, 2001, Dime filed a Complaint in the Third Judicial District

Court of Salt Lake County, State of Utah, Civil No. 010911262, against Debtors ("State Court

Action") seeking, inter alia, a prejudgment writ of replevin for all the Vehicles and judgment

against Debtors for their obligations under the Lease and Guaranty.

7.      The Debtors and Dime stipulated to an order in the State Court Action

concerning: (1) issuance of a prejudgment writ of replevin; (2) assemblage of vehicles in Utah;

and (3) response to complaint ("Stipulated Order"). (A true and correct copy of the Stipulated

Order is attached as Exhibit 10 to Dime's Motion for Relief from the Automatic Stay, dated

March 12, 2002).

8.      The Debtors' default under the Lease was not cured and the Lease was terminated.

9.      The Stipulated Order was agreed to and approved by counsel for both Dime and

the Debtors.

10.      The Stipulated Order, however, was not signed by the Court in the State Court

Action because of the filing of the Debtors' bankruptcy petitions on February 25, 2002.

11.      Notwithstanding the Debtors' default under the Lease, and notwithstanding

Dime's attempts to terminate the Lease, the Debtors' retained possession of the all of the

Vehicles prior to and after the filing of the bankruptcy petitions.

12.      On March 12, 2002, Dime filed its MOTION FOR RELIEF FROM THE

AUTOMATIC STAY, wherein Dime requested, among other things, the entry of an Order

granting Dime relief from the automatic stay to allow Dime to obtain possession of the Vehicles

7

and to pursue any and all of its legal and equitable rights and remedies with respect to the
Vehicles, and ordering the Debtors to immediately surrender the Vehicles to Dime.

     13.     On April 12, 2002, the Court entered in ORDER granting Dime's MOTION FOR
RELIEF FROM THE AUTOMATIC STAY.

     14.     The Debtors did not surrender any of the Vehicles to Dime until several weeks
after the bankruptcy petitions were filed.

     15.     Dime first received possession of some of the Vehicles approximately 56 days
after the bankruptcy petitions were filed.  Thereafter, Dime received possession of additional
Vehicles over the course of the next several months.

     16.     As of the date of this Motion, Dime has recovered possession of 187 of the 189
Vehicles.

     17.     Upon information and belief, each the 187 Vehicles was used for the benefit of
the Debtors' estate prior to the date of surrender to Dime.

     18.     As of the date of this Motion, 2 of the 189 Vehicles have not been surrendered by
the Debtor to Dime.

     19.     Upon information and belief, the 2 Vehicles which have not been surrendered to
Dime, have also been used for the benefit of the Debtors' estate.

     20.     The Debtors failed to make any post-petition payments to Dime, notwithstanding
their retention and use of the Vehicles after the petitions were filed.

     21.     Attached hereto as Exhibit "A" is a schedule identifying each of the 189 Vehicles
and showing the approximate date upon which the Vehicles were recovered by Dime.

8

22.    Exhibit "A" also shows the approximate number of days which elapsed between the filing of the bankruptcy petitions and the recovery of possession of each of the Vehicles from the Debtors.

23.    Exhibit "A" also shows the per diem rental rate for each of the Vehicles, pursuant to the lease documents.

24.    Pursuant to the lease documents, the monthly rental rate for the 75 Vehicles purchased under Request to Purchase Number 7 was $37,339.60. The per diem rental rate for each of the 75 Vehicles under Request to Purchase Number 7 is $16.37.

25.    Pursuant to the lease documents, the monthly rental rate for the 75 Vehicles purchased under Request to Purchase Number 8 was $37,153.31. The per diem rental rate for each of the 75 Vehicles under Request to Purchase Number 8 is $16.29.

26.    Pursuant to the lease documents, the monthly rental rate for the 9 Vehicles purchased under Request to Purchase Number 10 was $12,974.97. The per diem rental rate for each of the 9 Vehicles under Request to Purchase Number 10 is $47.40.

27.    Pursuant to the lease documents, the monthly rental rate for the 30 Vehicles purchased under Request to Purchase Number 13 was $37,777.84. The per diem rental rate for each of the 30 Vehicles under Request to Purchase Number 13 is $41.40.

28.    With respect to the Vehicles which have been surrendered to Dime, the total amount of the rental obligation owing to Dime for the period of the Debtors' post-petition retention of the Vehicles equals $352,599.16.[1]

29.    With respect to the 2 Vehicles which have not been surrendered to Dime, the total amount of the rental obligation owing to Dime is unliquidated.  See ¶ 31, infra.

30.    On March 12, 2003, this Court entered its Order confirming the Debtors' Amended Joint Plan of Liquidation, dated December 27, 2002 (the "Plan").

31.    With respect to the Debtors' lease with Dime, the Plan provides as follows:

> Dime Commercial Corporation ("Dime") asserts that it is a lessor of tractors and trailers pursuant to a Motor Vehicle Lease Agreement (the "Dime Lease") attached to its Motion for Relief from the Automatic Stay filed March 12, 2002.  The Dime Lease shall be rejected pursuant to Article V.  Debtors and the Committee shall investigate the existence and location of two (2) trailers, Unit Nos. 532184 and 532230, and Dime shall have the rights to file a Class 1 rejection claim or an Administrative Expense Claim if the trailers cannot be located.  Debtors and the Committee agree to attempt to locate the trailers.  If they cannot be located, to the extent any insurance coverage exists with respect to the trailers, Debtors and Committee agree to make claims on such coverage, if any, and agree any available insurance proceeds shall be paid over to Dime as owner of the trailers or as a secured lien holder on the insurance proceeds.

Plan, at pp. 8-9, § 5.4.

---

[1] This calculation is based upon the Debtors' use of 184 of the 187 Vehicles which have been recovered by Dime.  Dime has been unable to locate information as to 3 of the recovered Vehicles and, at this time, Dime is not seeking an administrative expense claim for the Debtors' use of such Vehicles.

370180.1

32.     The Plan provides that administrative expense claims shall be filed within 30 day after the confirmation date.  Based upon this deadline, Dime hereby files this Motion for Allowance and Payment of Administrative Expense Priority Claim.

## DISCUSSION

Dime is entitled to a priority administrative expense claim pursuant to 11 U.S.C. § 365(d)(10) and/or 11 U.S.C. § 503(b)(1)(A), based upon the Debtors' post-petition retention and use of the Vehicles.  Pursuant to the post-petition rejection of the lease as described in the Plan (see ¶ 31, supra), Dime is entitled to a priority claim under 11. U.S.C. § 365(d)(10).  To the extent that the Debtors purported to operate under the Lease Agreement in retaining and using the Vehicles post-petition, Dime is entitled to an administrative claim for the post-petition lease payments owing to Dime.

In the alternative, Dime is entitled to a priority claim under 11 U.S.C. § 503(b)(1)(A) based upon the benefit conferred upon the estate from the Debtors' post-petition retention and use of the Vehicles.  The amount of Dime's administrative expense claim is the total amount of the Debtors' rental obligation under the lease documents for the period of the Debtors' post-petition retention of the Vehicles.  See In re Raymond Cossette Trucking, Inc., 231 B.R. 80, 85 (Bankr. D. N.D. 1999) ("the rent specified in the lease itself is the presumed reasonable value of the property to the debtor-in-possession").

In the present case, the amount of Dime's administrative expense claim equals $352,599.16, which is the lease rental rate for the Debtors' post-petition use of the Vehicles

11

which were surrendered to Dime, plus an unliquidated as to the 2 Vehicles which the Debtor

failed to surrender to Dime.

WHEREFORE, Dime respectfully requests that the Court enter an Order for the

allowance and payment of a priority administrative expense claim as requested above, and

granting Dime such other and further relief as the Court deems just and proper.

DATED: April 11th, 2003                    CALLISTER NEBEKER & McCULLOUGH


By: _____
JEFFREY L. SHIELDS
Attorneys for Dime Commercial Corporation

12

370180.1

# EXHIBIT A

# Request to Purchase #7

## Monthly Payment

| Equipment | | Item | Base Rental Rate | Monthly Payment | Bankruptcy Date |
|---|---|---|---|---|---|
| 1998 Utility Trailer | | 60 | 1.226% | $ 37,339.60 | 2/25/2002 |

Total Cost $3,045,644.60

| Item # | Vin # | Date Sold* | Date Recovered | PER DIEM* | Claim | Days |
|---|---|---|---|---|---|---|
| 1 | 1UYVS2531W0616001 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.18 | 82 |
| 2 | 6002 | 05/08/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 3 | 6003 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 4 | 6004 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 5 | 6005 | 05/08/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 6 | 6006 | 05/08/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 7 | 6007 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 8 | 6008 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 55 |
| 9 | 6009 | 06/01/02 | 4/22/02 | $ 16.37 | 1,342.34 | 82 |
| 10 | 6010 | 07/26/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 11 | 6011 | 07/26/02 | 7/12/02 | $ 16.37 | 2,242.69 | 137 |
| 12 | 6012 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 13 | 6013 | 07/26/02 | 7/12/02 | $ 16.37 | 2,242.69 | 137 |
| 14 | 6014 | 05/06/02 | 4/22/02 | $ 16.37 | 1,342.34 | 82 |
| 15 | 6015 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 16 | 6016 | 05/05/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 17 | 6017 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 18 | 6018 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 19 | 6019 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 20 | 6020 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 21 | 6021 | 06/01/02 | 4/22/02 | $ 16.37 | 1,342.34 | 56 |
| 22 | 6022 | 05/06/02 | 5/18/02 | $ 16.37 | 916.72 | 82 |
| 23 | 6023 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 24 | 6024 | 07/23/02 | 7/9/02 | $ 16.37 | 2,193.58 | 134 |
| 25 | 6025 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 26 | 6026 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 27 | 6027 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 28 | 6028 Missing | 06/27/02 | 6/13/02 | $ 16.37 | 1,787.96 | 108 |
| 29 | 6029 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 30 | 6030 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 31 | 6031 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 32 | 6032 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 33 | 6033 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 34 | 1UYVS2533W0616064 | 06/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 35 | 6035 | 05/05/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 36 | 6036 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |



| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | 6037 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 38 | 6038 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 39 | 6039 | 05/27/02 | 6/13/02 | $ 16.37 | 1,767.96 | 108 |
| 40 | 6040 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 41 | 6041 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 42 | 6042 | 05/27/02 | 6/13/02 | $ 16.37 | 1,767.95 | 108 |
| 43 | 6043 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 44 | 6044 | 05/27/02 | 6/13/02 | $ 16.37 | 1,767.96 | 108 |
| 45 | 6045 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 46 | 6046 | 09/27/03 | 6/13/03 | $ 16.37 | 7,743.01 | 473 |
| 47 | 6047 | 01/21/03 | 1/7/03 | $ 16.37 | 5,172.92 | 316 |
| 48 | 6048 | 05/14/02 | 5/31/02 | $ 16.37 | 1,555.15 | 95 |
| 49 | 6049 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 50 | 6050 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 51 | 6051 | 05/01/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 52 | 6052 | 07/26/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 53 | 6053 | 07/26/02 | 7/12/02 | $ 16.37 | 2,242.69 | 137 |
| 54 | 6054 | 05/08/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 55 | 6055 | 05/08/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 56 | 6056 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 57 | 6057 | 05/01/02 | 6/13/02 | $ 16.37 | 1,767.86 | 108 |
| 58 | 6058 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 59 | 6059 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 60 | 6060 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 61 | 6061 | 01/21/03 | 1/7/03 | $ 16.37 | 5,172.92 | 316 |
| 62 | 6062 | 09/27/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 63 | 6063 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 64 | 6064 | 09/01/02 | 6/13/02 | $ 16.37 | 1,767.96 | 108 |
| 65 | 6065 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 66 | 6066 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 67 | 6067 | 12/07/02 | 11/23/02 | $ 16.37 | 4,436.27 | 271 |
| 68 | 6068 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| 69 | 6069 | 05/01/02 | 5/18/02 | $ 16.37 | 1,342.34 | 82 |
| 70 | 6070 | 01/21/03 | 1/7/03 | $ 16.37 | 5,172.92 | 316 |
| 71 | 6071 | 06/01/02 | 6/13/02 | $ 16.37 | 1,767.95 | 108 |
| 72 | 6072 | 05/27/02 | 4/22/02 | $ 16.37 | 1,342.34 | 82 |
| 73 | 6073 | 09/01/02 | 5/18/02 | $ 16.37 | 918.72 | 56 |
| 74 | 6074 | 07/02/02 | 4/22/02 | $ 16.37 | 1,849.81 | 113 |
| 75 | 6075 | 05/06/02 | 4/22/02 | $ 16.37 | 916.72 | 56 |
| | | | | | $ 119,910.09 | |

# Request to Purchase #8

## Monthly Payment

| Equipment | Term | Base Rental Rate | Monthly Payment |
|---|---|---|---|
| 1998 Utility Trailers | 60 | 1.224% | $ 37,163.31 |

Total Cost $3,035,400.75

| Item # | Vin # | Date Sold* | Date Recovered | PER DIEM* | Claim | Days |
|---|---|---|---|---|---|---|
| 1 | 1UYVS2532MU616901 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.04 | 56 |
| 2 | 6902 | 7/2/2002 | 6/18/02 | $ 16.29 | 1,840.77 | 113 |
| 3 | 6903 | 6/12/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 4 | 6904 | 6/12/2002 | 1/7/03 | $ 16.29 | 5,147.64 | 316 |
| 5 | 6905 | 1/21/2003 | 1/7/03 | $ 16.29 | 912.24 | 82 |
| 6 | 6906 | 5/6/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 7 | 6907 | 6/12/2002 | 4/22/02 | $ 16.29 | 912.24 | 56 |
| 8 | 6908 | 6/12/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 9 | 6909 | 1/21/2003 | 1/7/03 | $ 16.29 | 5,147.64 | 316 |
| 10 | 6910 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 108 |
| 11 | 6911 | 5/6/2002 | 6/13/02 | $ 16.29 | 912.24 | 108 |
| 12 | 6912 | 6/12/2002 | 4/22/02 | $ 16.29 | 1,335.78 | 55 |
| 13 | 6913 | 7/26/2002 | 7/12/02 | $ 16.29 | 2,251.73 | 137 |
| 14 | 6914 | 6/12/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 15 | 6915 | 7/2/2002 | 6/18/02 | $ 16.29 | 1,840.77 | 113 |
| 16 | 6916 | 6/12/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 17 | 6917 | 1/21/2003 | 1/7/03 | $ 16.29 | 5,147.64 | 316 |
| 18 | 6918 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 19 | 6919 | 10/12/2002 | 9/7/02 | $ 16.29 | 3,323.16 | 204 |
| 20 | 6920 | 6/12/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 21 | 6921 | 6/12/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 22 | 6922 | Missing | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 23 | 6923 | 5/8/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 24 | 6924 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 25 | 6925 | 6/1/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 26 | 6926 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 27 | 6927 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 28 | 6928 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 56 |
| 29 | 6929 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 106 |
| 30 | 6930 | 8/14/2002 | 5/31/02 | $ 16.29 | 1,547.55 | 95 |
| 31 | 6931 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 108 |
| 32 | 6932 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 56 |
| 33 | 6933 | 6/1/2002 | 5/18/02 | $ 16.29 | 1,335.78 | 82 |
| 34 | 6934 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 56 |
| 35 | 6935 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 106 |

| No. | ID | Date 1 | Date 2 | Rate | Amount | Qty |
|---|---|---|---|---|---|---|
| 36 | 6939 | 6/14/2002 | 5/31/02 | $ 18.29 | 1,547.55 | 95 |
| 37 | 6937 | 6/1/2002 | 5/16/02 | $ 18.29 | 1,335.78 | 82 |
| 38 | 6938 | 6/27/2002 | 6/13/02 | $ 18.29 | 1,759.32 | 108 |
| 39 | 6939 | 6/27/2002 | 6/13/02 | $ 18.29 | 1,759.32 | 108 |
| 40 | 6940 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 41 | 6941 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 108 |
| 42 | 6942 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 43 | 6943 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 44 | 6944 | 6/12/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 45 | 6945 | 7/2/2002 | 6/18/02 | $ 16.29 | 1,840.77 | 113 |
| 46 | 6946 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 47 | 6947 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 108 |
| 48 | 6948 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 49 | 6949 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 50 | 6950 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 51 | 6951 | 10/1/2002 | 9/17/02 | $ 16.29 | 3,323.16 | 204 |
| 52 | 6952 | 6/1/2002 | 5/18/02 | $ 16.29 | 912.24 | 55 |
| 53 | 6953 | 5/6/2002 | 4/22/02 | $ 16.29 | 1,335.78 | 82 |
| 54 | 6954 | 6/12/2002 | 5/18/02 | $ 16.29 | 912.24 | 55 |
| 55 | 6955 | 6/12/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 56 | 6956 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 57 | 6957 | 7/12/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 58 | 6958 | 7/26/2002 | 7/1/02 | $ 16.29 | 2,231.73 | 137 |
| 59 | 6959 | 7/23/2002 | 5/31/02 | $ 16.29 | 1,547.55 | 95 |
| 60 | 6960 | 6/14/2002 | 5/18/02 | $ 16.29 | 912.24 | 55 |
| 61 | 6961 | 5/6/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 108 |
| 62 | 6962 | 6/12/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 63 | 6963 | 6/12/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 64 | 6964 | 6/1/2002 | 5/18/02 | $ 16.29 | 912.24 | 55 |
| 65 | 6965 | 5/6/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 66 | 6966 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| 67 | 6967 | 5/2/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 68 | 6968 | 5/2/2002 (Missing) | 5/16/02 | $ 16.29 | 912.24 | 55 |
| 69 | 6969 | 7/26/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 70 | 6970 | 6/27/2002 | 6/13/02 | $ 16.29 | 1,759.32 | 108 |
| 71 | 6971 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 72 | 6972 | 5/6/2002 | 4/22/02 | $ 16.29 | 912.24 | 55 |
| 73 | 6973 | 7/26/2002 | 7/1/02 | $ 16.29 | 2,231.73 | 137 |
| 74 | 6974 | 5/6/2002 | 7/12/02 | $ 16.29 | 912.24 | 55 |
| 75 | 6975 | 6/1/2002 | 5/16/02 | $ 16.29 | 1,335.78 | 82 |
| | | | | | $ 113,573.68 | |

# Request to Purchase #10

## Monthly Payment

| Total Cost | Term | Base Rental Rate | Monthly Payment |
|---|---|---|---|
| $ 764,665.75 | 36 | 1.698149% | $ 12,974.57 |

| Equipment | Item # | Vin # | Date Sold* | Date Recovered | PER DIEM* | Claim | Days |
|---|---|---|---|---|---|---|---|
| 2000 Freightliner | 1 | 1FUYDSEB5YP940433 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,895.57 | 82 |
| FLD 120 Tractors | 2 | 1FUYDSEBXYP940430 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| | 3 | 1FUYDSEB1YP940431 | 5/6/2002 | 4/22/02 | $ 47.40 | $ 2,654.40 | 56 |
| | 4 | 1FUYDSEB3YP940432 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| 2000 Freightliner | 5 | 1FUPCXZB0YP940412 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| FLD 120 Tractors | 6 | 1FUPCXZB7YP940410 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| | 7 | 1FUPCXZB9YP940411 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| | 8 | 1FUPCXZB2YP940413 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| | 9 | 1FUPCXZB4YP940414 | 6/1/2002 | 5/18/02 | $ 47.40 | $ 3,886.80 | 82 |
| | | | | | | $ 33,748.57 | |

# Request to Purchase #13
## Monthly Payment

Total Cost
$2,214,582.75

| Equipment | Term |
|-----------|------|
| 2000 Freightliner FLD 120 Tractors | 36 |

Base Rental Rate
1.705667%

Monthly Payment
$ 37,777.84

| Item # | Vin # | Date Sold* | Date Recovered | PER DIEM* | Claim | Days |
|--------|-------|-----------|----------------|-----------|-------|------|
| 1 | 1FUYDSEB2YPA940562 | 5/8/2002 | 4/22/2002 | $ 41.40 | $ 2,318.42 | 56 |
| 2 | 1FUYDSEB6YPA940564 | 5/8/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 3 | XYPA940556 | 5/6/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 82 |
| 4 | 1YPA940557 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 5 | 3YPA940558 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 6 | 5YPA940559 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 7 | 1YPA940560 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 8 | 3YPA940561 | 5/8/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 9 | 5YPA940562 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 10 | 7YPA940563 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 11 | 8YPA940572 | Missing | | | | |
| 12 | XYPA940573 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 13 | 1YPA940574 | 5/6/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 14 | 3YPA940575 | 5/6/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 15 | 5YPA940576 | Missing | | | | |
| 16 | 7YPA940577 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 17 | 9YPA940578 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 18 | 0YPA940579 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 19 | 7YPA940580 | 5/8/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 20 | 0YPA940582 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 21 | 8YPA940583 | 5/6/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 22 | 8YPA940584 | 5/8/2002 | 5/16/2002 | $ 41.40 | $ 3,394.80 | 56 |
| 23 | 2YPA940585 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 24 | 4YPA940567 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 25 | 8YPA940569 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 26 | 4YPA940570 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 27 | 0YPA940568 | 4/2/2002 | 4/22/2002 | $ 41.40 | $ 2,318.40 | 56 |
| 28 | 6YPA940569 | 5/6/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 56 |
| 29 | 6YPA940571 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |
| 30 | 8YPA940581 | 6/1/2002 | 5/18/2002 | $ 41.40 | $ 3,394.80 | 82 |

| | |
|---|---|
| Total Owing | |
| Request # 7 | $ 119,910.09 |
| Request # 8 | $ 113,573.86 |
| Request # 10 | $ 33,748.57 |
| Request # 13 | $ 85,366.62 |
| | $ 352,599.16 |

* Per diem is computed as follows: The total cost of the equipment, as per the "Request to Purchase" was multiplied by the "Base Rental Rate" to determine the monthly payment amount. To determine the per diem the monthly rental amount was then multiplied by 12 to determine the yearly rental amount which was then divided by 365 to determine the per diem. The per diem was then multiplied by the number of days the equipment was in the possession of the bankrupt company. The per diem amount times the number of days equals the claim amount per piece of equipment. For example, using the information from Request #7 for the first trailer listed, the calculation would be:

| | | | | | |
|---|---|---|---|---|---|
| Total Cost | $ 3,045,644.60 | | Per Diem | $ | 16.37 |
| Base rental rate | 1.226% | | # of Days | | 82 |
| Monthly Payment | $ 37,339.60 | | Claim | | $1,342.34 |
| | | | | | |
| Monthly payment | $ 37,339.60 | | | | |
| Times 12 | 12 | | | | |
| Yearly Payment | $ 448,075.20 | | | | |
| | | | | | |
| Yearly Payment | $ 448,075.20 | | | | |
| Divided by # days in Year | 365 | | | | |
| Per diem | $ 1,227.60 | | | | |
| | | | | | |
| Per diem Request #7 | $ 1,227.60 | | | | |
| Divided by number of pieces of equipment | 75 | | | | |
| Per diem | $ 16.37 | | | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DIME COMMERCIAL CORPORATION'S**

**MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

**PRIORITY CLAIM** was served by United States mail, first class postage prepaid, on the 11ᵗʰ

day of April, 2003, on each of the parties listed on the attached mailing list.

13

370180.1

Dick Simon Trucking, Inc.
5175 West 2100 South
West Valley City, Utah 84120

Simon Transportation Services, Inc.
5175 West 2100 South
West Valley City, Utah 84120

Scott J. Goldstein
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

Weston L. Harris, Esq.
Parsons Kinghorn & Peters
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

Peter W. Billings, Jr., Esq.
FABIAN & CLENDENIN
P.O. Box 510210
Salt Lake City, UT 84151

U.S. Trustee
#9 Exchange Place, Suite 100
Salt Lake City, Utah 84111-2147

Dist Dir/Internal Revenue Service
Special Procedures, M.S. 5021
50 South 200 East
Salt Lake City, UT 84111

Utah State Tax Comm/Collections
Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-3340

Gregory J. Adams
McKay Burton & Thurman
#10 East South Temple Street, #600
Salt Lake City, UT 84133

L. R. Curtis
50 South Main, #900
Salt Lake City, UT 84144

L. Mark Ferre
1366 Murray Holladay Road
Salt Lake City, UT 84117

Kim Gage
535 Anton Blvd. Tenth Floor
Costa Mesa, CA 92626-1977

Mark R. Gaylord
Ballard Spahr Andrews & Ingersoll
201 South Main Street, Suite 600
Salt Lake City, UT 84101-2221

Vernon L. Hopkinson
COHNE, RAPPAPORT & SEGAL
P.O. Box 11008
Salt Lake City, UT 84147-0008

Christopher D. Jaime
P.O. Box 3000
Reno, NV 89520

James M. Jorissen
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII, 45 S Seventh St.
Minneaplis, MN 55402

Danny C. Kelly
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111

Paul W. Werner & Julia R. Pettit
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111

Dawn Kinney
Banc of America Leasing & Capital
555 California Street, 4th Floor
San Francisco, CA 94104

R. L. Knuth
Jones Waldo Holbrook & McDonough
170 South Main Street, 1500
Salt Lake City, UT 84101

Thomas J. Lallier
1600 TCF Tower 121 S. Eighth Street
Minneapolis, MN 55402

Mark G. Ledwin
3 Gannett Drive
White Plains, NY 10604

David E. Leta
Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Joel T. Marker
McKay Burton & Thurman
10 East South Temple, 1600
Salt Lake City, UT 84133

Elaine A. Monson
Ray Quinney & Nebeker
P.O. Box 45385
Salt Lake City, UT 84145-0385

Michael D. Nord
Gebhardt & Smith
401 East Pratt Street
Baltimore, MD 21202

David E. Runck
3300 Plaza VII, 45 South Seventh St.
Minneapolis, MN 55402

Chris L. Schmutz
Schmutz Mohlman & Rohbock
533 West 2600 South, #200
Bountiful, UT 84010

Gerald H. Suniville
50 South Main, #1600
P.O. Box 45340
Salt Lake City, UT 84145

James E. Till
Perkins Coie LLP
1211 SW Fifth Ave., Suite 1500
Portland, OR 97204

Gary W. Collins
Collins Fairfield Fowler Harlan & Breen
10920 Ambassador Drive, Suite 500
Kansas City, MO 64153

R. Mont McDowell
McDowell & Gillman, P.C.
50 West Broadway, Suite 1200
Salt Lake City, UT 84104

Missouri Dept. Revenue/Bankruptcy
Attn: Brian J. LaFlamme
P.O. Box 475
Jefferson, MO 65105-0475

Duane A. Baker
303 Texas Avenue, Suite 1400
El Paso, TX 79901-1461

Kay Bryson & Kent O. Willis
Utah & Deputy County Attorneys
100 East Center Street, Suite 2400
Provo, UT 84606

J. Randall Call, Esq.
Prince, Yeates & Geldzahler
175 East 400 South, Suite 900
Salt Lake City, UT 84111

Laurie A. Cayton
Boston Bldg., Suite 100
#9 Exchange Place
Salt Lake City, UT 84411-2709

Jeffrey D. Eisenberg
Eisenberg & Gilchrist
215 South State Street, Suite 900
Salt Lake City, UT 84111

Jane A. Smith
P.O. Box 180
Jefferson City, MO   65102

Michael G. Smith
Gibson Ochsner & Adkins LLP
701 South Taylor, Suite 500
Amarillo, TX 79101-2400

George S. Adondakis
Hobbs Adondakis & Olson
341 South Main Street, Suite 208
Salt Lake City, UT 84111

Adam S. Affleck
Prince, Yeates & Geldzahler
175 East 400 South, Suite 900
Salt Lake City, UT 84111

Kevin W. Bates
Hatch, James & Dodge
10 West Broadway, Suite 400
Salt Lake City, UT 84101

Ronald S. Beacher
Pitney Hardin Kipp & Szuch, LLP
685 Third Avenue, Suite 1900
New York, NY 10017

Joseph W. Beatty
One Maritime Plaza, Suite 600
San Francisco, CA 94111-3404

J. Thomas Beckett
Parsons Behle & Latimer
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Randall D. Benson
Callister Nebeker & McCullough
Gateway Tower East, Suite 900
10 East South Temple
Salt Lake City, UT 84133

Lesley W. Berggren
40 Capitol Square, S.W.
Atlanta, GA 30334

Wayne H. Braunberger
Ashton Braunberger & Boud
765 East 9000 South, Suite A-1
Sandy, UT 84094

George Burbidge
50 South Main Street, Suite 1500
Salt Lake City, UT 84147

James T. Burghardt
Moye Giles O'Keefe Vermeire & Go
1225 17th Street, 29th Floor
Denver, CO 80202-5529

Barbara Lee Caldwell
Deputy County Attorney
301 West Jefferson, 9th Floor
Phoenix, AZ 85003

Michael G. Daiy
600 Jefferson Street, Suite 408
P.O. Box 2716
Lafayette, LA 70501

Joel R. Dangerfield
The Boston Building
9 Exchange Place, Suite 1123
Salt Lake City, UT 84111-2733

Gary E. Doctorman
Parsons Behle & Latimer
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898

Steven W. Dougherty
Anderson & Karrenberg
700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101-2006

Anna W. Drake
215 South State Street, Suite 500
Salt Lake City, UT 84111

Jeffrey D. Eisenberg
Eisenberg & Gilchrist
215 South State Street, Suite 900
Salt Lake City, UT 84111

Michael N. Emery
50 South Main Street, #700
P.O. Box 2465
Salt Lake City, UT 84110-2465

Mark T. Ethington
Day Shell & Liljenquist
45 East Vine Street
Murray, UT 84107

Douglas M. Foley
McGuirewoods LLP
101 West Main Street
Norfolk, VA 23510

James H. Forsythe
6410 Poplar Avenue, Suite 130
Memphis, TN 38119

Brian Giles
2900 Chemed Center
255 East Fifth Street
Cincinnati, OH 85202

Scott J. Goldstein
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

Kevin Graham
40 North Pauline
Memphis, TN 38105

Mark V. L. Gray
Gray Newell Johnson & Blackmon
108 North Elm Street
Greensboro, NC 27401

Jack Hall, Jr.
Hall Conerly Mudd & Bolvig
505 20th Street North
Birmingham, AL 35203-2626

Joseph J. Hamilton
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

C. Richard Henriksen, Jr.
Henriksen Henriksen & Call
320 South 500 East
Salt Lake City, UT 84102

John W. Holt
Winder & Haslam
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668

Noel S. Hyde
5926 South Fashion Pointe Drive
Suite 200-D
South Ogden, UT 84403

Mark F. James
P.O. Box 11019
Salt Lake City, UT 84147

John W. Johnson
2901 East 48th Street
Chattanooga, TN 37407

Eckley M. Keach
Goodman, Chesnoff & Keach
520 South Fourth Street
Las Vegas, NV 89101

Reid W. Lambert
Woodbury & Kesler
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 84110-3358

Elliot R. Lawrence
3600 Constitution Boulevard
West Valley City, UT 84120

Stephen W. Lewis
Attorney General's Office
160 East 300 South, Suite 500
P.O. Box 140874
Salt Lake City, UT 84114

Robert B. Lochhead
Parr Waddoups Brown Gee & Loveless
185 South State Street, Suite 1300
Salt Lake City, UT 84111-1536

Mark R. McDougal
4360 South Redwood Road
Suite 1
Salt Lake City, UT 84123

Samuel S. McHard
Bryan Nelson Randolph & Weathers
PO Drawer 18109
Hattiesburg, MS 39404-8109

Sally B. McMinimee
Prince, Yeates & Geldzahler
175 East 400 South, Suite 900
Salt Lake City, UT 84111

David C. Mitchell
Yost, Schafersman, Lamme, Hillis
81 West 5th Street
Fremont, NB 68025

Douglas M. Monson
Ray Quinney & Nebeker
P.O. Box 45385
Salt Lake City, UT 84145-0385

Michael C. Moody
10010 South Seeley
Chicago, IL 60643

Alan W. Mortensen
Dewsnup King & Olsen
2020 Beneficial Life Tower
36 South State Street
Salt Lake City, UT 84111

Jay H. Ong
Munsch Hardt Kopf & Harr, PC
111 Congress Avenue, Suite 2010
Austin, TX 78701-4050

David W. Overholt
Richer Swan & Overholt
901 West Baxter Drive
South Jordan, UT 84095

William T. Peckham
1104 Neuces Street, Suite 104
Austin, TX 78701-2128

Mitchel H. Perkiel
Jenkens & Gilchrist Parker Chapin LLP
405 Lexington Avenue
New York, NY 10174

Andrew J. Petrie
Petrie, Bauer & Edington LLP
1775 Sherman Street, Suite 2500
Denver, CO 80203

George W. Pratt
Jones Waldo Holbrook & McDonough
170 South Main Street, 1500
Salt Lake City, UT 84101

D. Brent Rose
Clyde Snow & Swenson
201 South Main Street, 13th Floor
Salt Lake City, UT 84111-2216

Susan S. Shook
PO Drawer P
Vidalia, GA 30474

Michael G. Smith
Gibson Ochsner & Adkins LLP
701 South Taylor, Suite 500
Amarillo, TX 79101-2400

Thomas E. Stamos
2870 South State Street
Salt Lake City, UT 84115

Paul M. Warner
185 South State Street
Suite 400
Salt Lake City, UT 84111

Donald J. Winder
Winder & Haslam
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668

Robert S. Prince
Kirton McConkie & Poleman
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111-1004

Jeffrey L. Shields
Callister Nebeker & McCullough
Gateway Tower East, Suite 900
10 East South Temple
Salt Lake City, UT 84133

Leslie W. Slaugh
Howard Lewis & Peterson
120 East 300 North Street
P.O. Box 1248
Provo, UT 84603

Sterling A. Smith
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550

Mark S. Swan
Richer Swan & Overholt
901 West Baxter Drive
South Jordan, UT 84095

Dan J. Willingham
413 1st Avenue SW
Cullman, AL 35055

James H. Woodall
10653 Riverfront Parkway
Suite 290
South Jordan, UT 84095

Timm W. Reid
The Plaza, Suite 5
300 Walnut Street
Des Moines, IA 50309

Jeffrey Weston Shields
Ballard Spahr Andrews & Ingersoll
201 South Main Street, Suite 600
Salt Lake City, UT 84101-2221

Jane A. Smith
P.O. Box 180
Jefferson City, MO 65102

David W. Sorensen
US Attorney's Office
150 Social Hall Avenue, Ste. 313A
Salt Lake City, UT 84111-1504

Mark A. Thornhill
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106

Jeffrey M. Wilson
Wilson & McColl
420 West Washington
P.O. Box 1544
Boise, ID 83701