FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2003 JUN 23 P 4: 15

DISTRICT OF UTAH

BY_____
DEPUTY CLERK

J. THOMAS BECKETT (5587)
DIANNA M. GIBSON (7533)
PARSONS BEHLE & LATIMER
Attorneys for the Freightliner Companies
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| IN RE<br><br>SIMON TRANSPORTATION SERVICES, INC., DICK SIMON TRUCKING, INC., AND SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Case No. 02C-22906<br><br>Chapter 11<br><br>[Jointly Administered] |

### REVISED AND SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Appellants Freightliner LLC (f/k/a Freightliner Corporation) and Freightliner Market Development Corporation (together, the "Freightliner Companies"), hereby submit this revised and supplemental designation of items to be included in the record on appeal.

### DESIGNATION OF RECORD ON APPEAL

The Freightliner Companies filed a Notice of Appeal to the Bankruptcy Appellate Panel ("BAP"). Central Refrigerated Services, Inc. ("Central") filed a Notice of Appeal to this Court, the United States District Court for the District of Utah. On May 22, 2003, Central filed an election to have the Freightliner Companies' appeal heard by this Court, instead of by the BAP.

537613.1



0222906D1100

By order dated May 28, 2003, the BAP transferred the Freightliner Companies' appeal to this Court.

The Freightliner Companies again designates the following pleadings and transcripts as the Record on Appeal. As is required, the Freightliner Companies provides copies of the items in bold/italics to supplement those already designated and provided by Central:

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| *2/25/2002* | *1* | *Chapter 11 Voluntary Petition. Fee Amount $830. Receipt Number: 00148765 Filed by Simon Transportation Services Inc. (jtt,) (Entered: 02/25/2002)* |
| 03/11/2002 | 107 | Motion for an Order approving: (1) Bidding and Auction Procedures and Sale Date for Sale of Assets: (2) the Form of Bidding, Auction and Sale Notice; and (3) The Scheduling of an Expedited Hearing on Motion for Sale Procedures, Notice, and Sales Hearing Filed by Simon Transportation Services Inc. and Dick Simon Trucking, Inc. (mjo,) (Entered: 3/12/2002) |
| *03/21/2002* | *Minute Entry (See Docket)* | *Minute Entry Re: (1) Motion for an Order approving: (1) Bidding and Auction Procedures and Sale Date for Sale of Assets: (2) the Form of Bidding, Auction and Sale Notice; and (3) The Scheduling of an Expedited Hearing on Motion for Sale Procedures, Notice, and Sales Hearing. Motion granted as modified on the record. The cap topping fee is set at $50,000.00. (2) Motion for order Compelling debtor to assume or Reject unexpired lease and granting relief from stay filed by Banc of America. The lease is rejected. Appearances: Laurie Crandall, Joel Marker, Lisa Epps, Thomas Lallier, Vernon Hopkinson, Jeffrey w. Shields, David Leta, Gary Jubber, Peter Billings, Mark Ferre, Randall Call, Weston Harris, Scott Goldstein, Daniel Doyle, Mark Gable, Zachary Shields, Lee Curtis, Julia Petit, Danny Kelly, Douglas Monson; (related document(s) 107, 50). (th) (Entered: 03/21/2002)* |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 03/21/2002 | 188 | *Statement of Financial Affairs and Schedules (02-22907) (jdc) (Entered: 03/22/2002)* |
| 03/25/2002 | 206 | Order Re: Motion for an Order approving: (1) Bidding and Auction Procedures and Sale Date or Sale of Assets; (2) the Form of Bidding, Auction and Sale Notice; and (3) The Scheduling of an Expedited Hearing on Motion for Sale Procedures, Notice, and Sales Hearing (related document(s) 107). (mkh) (Entered: 03/25/2002) |
| 03/25/2002 | 228 | *Notice of filing Asset Purchase Agreement Relating to the Stalking Horse Bid Filed by Paul W. Werner on behalf of Central Freight Lines, Inc. (fsl,) (Entered: 03/26/2002)* |
| 04/04/2002 | 319 | *Support Document re: Supplement to Central Freight Lines, Notice of filing Asset Purchase Agreement Relating to the Stalking Horse Bid Filed by Central Freight Lines, Inc. (related document(s)228). (mkh,) (Entered: 04/05/2002)* |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 04/08/2002 | Minute Entry (See Docket) | *Minute Entry Re: Motion for Approval of Sale of Substantially All of the Debtors' Assets and to Approval Assumption and Assignment of leases and Executory Contracts. The sale is approved as modified on the record. (2) Motion for Order Approving Stipulation Between Debtors and Orix USA Corp. for an Order Approving Rejection of Lease upon Certain Conditions. Motion granted. 3) Motion to Prohibit Use of Leased Equipment or for Relief from Stay filed by First Union Commercial Corp. Parties have reached a agreement, Exhibits received; Witness: Ken Novotny; Appearances: Jeffrey W. Shields, Paul Warner, Steve Dougherty, Gary Jubber, Peter Billings, Thomas Lallier, Vernon Hopkinson, Douglas Monson, Herschel Saperstein, Gerald Suniville, Wayne Braunberger, Robert Prine, Weston Harris, Mark Ferre, Tim Gage, Mark Gaylord, Anna Drake, Joel Dangerfield, Laurie Crandall, Randall Call, Daniel Doyle, Lisa Epps, Danny Kelly, Julia Petit, David Leta, Jeffrey L. Shields, Lee Curtis, David Paradise, Earl Scudder, Scott Goldstein, Zachary Shields; (related document(s) 106, 137, 288). (th,) (Entered: 04/02/2002)* |
| 04/09/2002 | 344 | Motion to Assume and Assign Certain Contracts. Filed by Central Refrigerated Services, Inc. (fsl,) (Entered: 04/10/2002) |
| 04/09/2002 | 344 | Notice of Hearing Re: Filed by Central Refrigerated Service, Inc. (related document(s) 344). Hearing scheduled for 4/22/2002 at 11:00 AM at US Bankruptcy Court. (fsl,) (Entered: 04/10/2002) |
| 04/09/2002 | 345 | Joint Motion of Debtors and Central Refrigerated Service, Inc. to Assume and Assign Certain Contracts. Filed by Central Refrigerated Service, Inc. (fsl,) Modified on 4/23/2002 (fsl,). Entered: 04/10/2002) |
| 04/09/2002 | 345 | *Notice of Hearing Re: Filed by Central Refrigerated Service, Inc. (related document(s) 345). Hearing scheduled for 4/22/2002 at 11:00 AM at US Bankruptcy Court. (fsl,) (Entered: 04/10/2002)* |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 04/15/2002 | 375 | Joint Motion of Debtors & Central Refrigerated Service, Inc. to Assume & Assign Certain Contracts under 11 USC (365) Filed by Central Refrigerated Service, Inc. (smh,) (Entered: 04/16/2002) |
| *04/15/2002* | *375* | *Notice of Hearing: Filed by Danny C. Kelly on behalf of Central Refrigerated Service, Inc. (related document(s) 375). Hearing scheduled for 4/22/2002 at 11:00 AM at US Bankruptcy Court. (smh,) (Entered: 04/16/2002)* |
| *04/19/2002* | *397* | *Amended Schedules (jdc,) (Entered: 04/19/2002)* |
| *04/19/2002* | *404* | *Amended Schedules – Amount Paid: $20, Receipt Number: 155051 (kam,) (Entered: 04/22/2002)* |
| 04/22/2002 | 407 | Order Pursuant to Motion To Assume/Reject (Related Doc # 106), pursuant to Motion To Sell (Related Doc # 106) Motion for Approval of Sale Substantially All of the Debtors' Assets and to Approve Assumption and Assignment of Leases and Executory Contracts Filed by Simon Transportation Services Inc. and Dick Simon Trucking, Inc. and Granting related Relief. (bfg,) (Entered: 04/22/2002) |
| 04/23/2002 | 417 | Order Granting (A) Granting Joint Motion of Debtors and Central Refrigerated Services; (B) Authorizing Assumption and Assignment of Executory Contracts (Vendor Contracts); and (C) Granting Related Relief. (Related Doc # 345) (fsl,) (Entered: 04/23/2002) |
| 05/02/2002 | 453 | Motion for Reconsideration of April 22, 2002 Orders Authorizing Sale, etc. and Approving Assumption and Assignment of Executory Vendor contracts, etc. and Exclusion of the Freightliner Companies from the Effects of those Orders Filed by Freightliner LLC (related documents(s) 407, 417). (kmc) (Entered: 05/03/2002) |
| 05/02/2002 | 454 | Memorandum in Support Filed by Freightliner LLC (related document(s) 453). (kmc,) (Entered: 05/03/2002) |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
| --- | --- | --- |
| *06/04/2002* | *Minute Entry (See Docket)* | *Minute Entry Re: Motion for Reconsideration of April 22, 2002 Orders Authorizing Sale, etc. and Approving Assumption and Assignment of Executory Vendor Contracts, etc. and Exclusion of the Freightliner Companies from the Effects of those Orders Filed by Freightliner LLC. A stipulation was reached to extend time for discovery. The hearing on this motion will be continued without date. Parties may file an agreed order. (2) Debtor's Third Omnibus Motion for Authority to Reject Certain Executory Contracts. Motion granted with the exception of Clarendon National Insurance. Appearances: Weston Harris, Vernon Hopkinson, Thomas Beckett, Herschel Saperstein; (related document(s) [475], 453. (th,) Entered: 06/04/2002)* |
| 07/19/2002 | 641 | Supplemental Motion to Assume and Assign (1) Agreement Between Dick Simon Trucking and Freightliner (s) Agreement for Conditional Commitment to Repurchase #2000-00366, (3) Agreement for Conditional Commitment to Repurchase #2001-00013 and (4) Agreement for Conditional Commitment to Repurchase #2001-00014 Pursuant to 11 U.S.C. 365 Filed by Simon Transportation Services Inc. (kmc,) (EOD: 07/22/2002) |
| 07/19/2002 | 642 | Dbs Preliminary Response to Memorandum of Points and Authorities Supporting Freightliner's Motion for Reconsideration of April 22, 2002 Orders Authorizing Sale, etc. and Approving Assumption and Assignment of Executory Vendor Contracts, etc., and Exclusion of the Freightliner Companies from the Effects of those Orders Filed by Simon Transportation Services Inc. (related document(s) 454). (kmc,) (EOD: 07/22/2002) |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| *08/06/2002* | *675* | *Notice of hearing Re: Motion for Reconsideration of April 22, 2002 Orders Authorizing Sale, etc. and Approving Assumption and Assignment of Executory Vendor Contracts, etc. and Exclusion of the Freightliner Companies from the Effects of those Orders Filed by Freightliner LLC and Debtors' Supplemental Motion to Assume and Assign 1 – Agreement between Dick Simon Trucking and Freightliner, 2 – Agreement for Conditional Commitment to Repurchase #2000-00366, 3 – Agreement for Conditional Commitment to Purchase #2001-00013 and 4 – Agreement for conditional Commitment to Repurchase #2001-00014 pursuant to 11 U.S.C. 365 Filed by Simon Transportation Services inc. (related document(s) 641, 453). Hearing scheduled for 8/29/2002 at 10:00 AM and Continuing at 2:00 PM at US Bankruptcy Court. (kam, ) (EOD: 08/07/2002)* |
| 08/20/2002 | 699 | Order Rescheduling Hearing. Joint Motion of Debtors and Central Refrigerated Service; Authorizing Assumption and Assignment of Executory Contract; Granting Related Relief (Contracts Order) Hearing Scheduled for 8/26/02 at 10:00 A.M. at U.S. Bankruptcy Court. Debtors' Supplemental Motion to Assume and Assign, Agreement between Dick Simon Trucking and Freightliner, Agreement for Conditional Commitment to Repurchase #2001-00013, and Agreement for Conditional Commitment to Repurchase # 2001-00014 Hearing Rescheduled for 9/5/02 at 10:00 A.M. at U.S. Bankruptcy Court (related document(s)[MEJ) (fsl,) (EOD: 08/20/2002) |
| 08/22/2002 | 701 | Response to debtors preliminary response to Freightliner's May 5, 2002 Motion for Reconsideration. Filed by Freightliner LLC (related document(s) 674. (mkh,) (EOD: 08/23/2002) |
| 08/22/2002 | 702 | Debtor's Response/Objection (Submission) (related document(s) 453, 417 (jtt,) (EOD: 08/23/2002) |

537613.1

7

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 08/23/2002 | 704 | Memorandum in Opposition To Filed by Central Refrigerated Service, Inc. to Freightliner's Motion for (I) Reconsideration of 4/22/02 Orders Authorizing Sale, etc. and approving Assumption and Assignment of Executory Vendor Contract, and (II) Exclusion of Freightliner companies From the Effects of Those Orders (related document(s) 453). (mjo,) (EOD: 08/26/2002) |
| 08/26/2002 | 711 | Debtors' supplemental submission Document Re: the notice issue presented by Freightliner's Motion for reconsideration. (mkh,) (EOD: 08/27/2002) |
| 08/27/2002 | 710 | Order Granting Motion for Reconsideration of April 22, 2002 Order Pursuant to 105(a) 363, 365 AND 1146 of the Bankruptcy Code: Authorizing the Sale of Substantially all of the Dbs Assets to Central Refrigerated Service, Inc. Free and Clear of Liens, Claims, Interests and Encumbrances, Approving the Asset Purchase Agreement and Granting Related Relief (Related Doc # 453) (kmc,) (EOD: 08/27/2002) |
| *09/04/2002* | *716* | *Pending Scheduling Order (kmc,) (EOD: 09/05/2002)* |
| *09/04/2002* | *717* | *Notice of Hearing on Dbs Supplemental Motion to Assume and Assign Filed by Central Refrigerated Service, Inc. (related document(s) 641. Hearing scheduled for 9/20/2002 at 10:00 AM at US Bankruptcy Court. (kmc,) (EOD: 09/05/2002)* |
| *09/11/2002* | *726* | *Second Scheduling Order Regarding Motion to Assume and Assign (1) Agreement Between Dick Simon Trucking and Freightliner, (2) Agreement for Conditional Commitment to Repurchase #2000-00366, (3) Agreement for Conditional Commitment to Repurchase #2001-00013 and (4) Agreement for Conditional Commitment to Repurchase #2001-00014, pursuant to 11 U.S.C. 365 (Related Doc # 641) (kmc,) (EOD: 09/11/2002)* |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 09/19/2002 | 746 | *Notice of Rescheduled Hearing Re: Supplemental Motion to Assume and Assign (1) Agreement Between Dick Simon Trucking and Freightliner (2) Agreement for Conditional Commitment to Repurchase #2000-00366, (3) Agreement for Conditional Commitment to Repurchase #2001-00013 and (4) Agreement for Conditional Commitment to Repurchase #2001-00014 Pursuant to 11 U.S.C. 365 Filed by Simon Transportation Services Inc. (related document(s) 641). Hearing scheduled for 10/21/2002 at 10:00 AM at US Bankruptcy Court (fsl,) (EOD: 09/20/2002)* |
| 09/27/2002 | 755 | Response to Freightliner's Memorandum of Points and Authorities Supporting its Objection to the Dbs' Supplemental Motion for Authority to Assume and Assign Trade-Backs to Central Filed by Simon Transportation Services Inc. (related document(s) 454). (kam,) (EOD: 09/30/2002) |
| 10/16/2002 | 777 | Memorandum in Support of Filed by Central Refrigerated Service, Inc. (related document(s) 641). (bfg, ) (EOD: 10/17/2002) |
| 10/17/2002 | 777 | Memorandum in Opposition To Filed by Central Refrigerated Service, Inc. (related document(s) 755 (bfg,) (EOD: 10/17/2002) |
| 10/18/2002 | 782 | Response to Response to Freightliner's Memorandum of Points and Authorities Supporting its Objection to the Dbs' Supplemental Motion for Authority to Assume and Assign Trade-Backs to Central Filed by Simon Transportation Services Inc. Filed by Freightliner of Utah, L.L.C. (related document(s) 755, 704). (kam,) EOD: 10/21/2002) |
| 10/18/2002 | 784 | *Affidavit/Verification of Christine A. Botosan, PH.D. (Unsigned order not FILED UNDER SEAL) (bfg,) Modified on 2/13/2003 (jtt,). (EOD: 10/21/2002)* |

537613.1

9

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 10/18/2002 | 785 | Memorandum in Support of Filed by Freightliner LLC, Freightliner of Utah, L.L.C. (related document(s) 783). Unsigned order not FILED UNDER SEAL. (bfg,) Modified on 2/13/2002 (jtt,). (EOD: 10/21/2002) |
| 10/18/2002 | 786 | *Pending Order Re: (related document(s) 783) Motion for Sealing (I) Freightliner's memorandum of points and authorities and (II) Supporting Affidavit of Christine A. Botosan, PHD Filed by Freightliner LLC, Freightliner of Utah, L.L.C. (bfg,) (EOD: 12/21/2002)* |
| 10/21/2002 | *Minute Entry (See Docket)* | *Minute Entry Findings of Fact and conclusions of Law were made on the record. The court finds that the agreements fall within the definition of an executory contract. The court finds that the agreements were not a part of the April 8, 2002 sale. Without consideration to support assignment of the Agreements, the Court finds that the debtor has not properly exercised its business judgment and the assignment is not in the best interest of the estate and the court denies the motion without prejudice. Having denied the motion to assign the court has determined a method by which the court will be assured that fair consideration is paid the estate for assignment of the agreements. An auction should be conducted inviting Central, Freightliner and any other party interested in bidding to participate. The Court appoints the Unsecured Creditor's Committee to serve as the auctioneer. Use of the Unsecured Creditor's Committee to structure and conduct the auction will guarantee that the sale and assignment is accomplished in an arms length transaction. Re: Appearances: Diana Gibson, Thomas Beckett, Gary Jubber, Peter Billings, Weston Harris, Mark Thornhill, Scott Goldstein, Michael Emery; (related document(s) 641. (th,) (EOD: 10/21/2002* |
| 10/21/2002 | 787 | *Affidavit/Verification of Michael J. Cox. (Per Chambers no Order indicating to be FILED UNDER SEAL). (bfg,) Modified on 10/21/2002 (bfg,). Modified on 2/13/2002 (jtt,). (EOD: 10/21/2002)* |

537613.1

10

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 12/03/2002 | 852 | Order Denying Without Prejudice Dbs Supplemental Motion to Assume and Assign (1) Agreement between Dick Simon Trucking and Freightliner, (2) Agreement for Conditional Commitment to Repurchase #2000-00366, (3) Agreement for Conditional Commitment to Repurchase #2001-00013, and (4) Agreement for Conditional Commitment to Repurchase #2001-00014 Pursuant to 11 U.S.C. 365 and Authorization of Auction (related document(s) 641) (kmc,) (EOD: 12/03/2002) |
| 12/05/2002 | 856 | Motion for New Trial or, Motion To Stay of Auction Pending Appeal Filed by Central Refrigerated Services, inc. (bfg,) EOD: 12/06/2002) |
| *12/06/2002* | *858* | *Ex Parte Motion to Limit Notice and to Shorten Time on Motion for Stay Pending Appeal and/or Motion for New Trial. Filed by Central Refrigerated Services, Inc. (mkh,) (EOD: 12/09/2002)* |
| *12/06/2002* | *861* | *Notice of Hearing related document(s): 858 Motion (Generic), Motion to Shorten Time, Motion To Stay Pending Appeal) filed by Central Refrigerated Service, Inc. Hearing Scheduled for 12/10/2002 at 10:00 AM at US Bankruptcy Court (bfg,) (EOD: 12/09/2002)* |
| *12/09/2002* | *860* | *Order Granting EX Parte Motion to Limit Notice (Related Doc #858, Granting Motion for Order to shorten time on Motion for Stay Pending Appeal and/or Motion for New Trial. (Related Doc #858) (mkh,) EOD: 12/09/2002)* |
| *12/10/2002* | *Minute Entry (See Docket)* | *Minute Entry The court will grant a new hearing and allow a 45 day stay. Re: Motion for New Trial or, Motion To Stay of Auction Pending Appeal (related document(s): 856 Motion (Generic), Motion To Stay Pending Appeal filed by Central Refrigerated Service, Inc. 818 Disclosure Statement filed by Unsecured Creditors Committee) Appearances: Weston Harris, Gary Jubber, Peter Billings, Thomas Beckett, Diana Gibson, Michael Emery; (th,) (EOD: 12/10/2002)* |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| *12/10/2002* | *864* | *Response to (related document(s): 856 Motion (Generic), Motion To Stay Pending Appeal) Filed by Freightliner of Utah, L.L.C. (mjo,) (EOD: 12/11/2002)* |
| 12/13/2002 | 867 | Motion for New Trial/Hearing (related document(s): 861 Notice of Hearing) filed by Central Refrigerated Service, Inc. (mjo,) (EOD: 12/16/2002) |
| *12/13/2002* | *868* | *Memorandum in Support (related document(s): 867 Motion to Continue/Reschedule Hearing) Filed by Central Refrigerated Service, Inc. (mjo,) (EOD: 12/16/2002)* |
| *12/13/2002* | *869* | *Pending Order (related document(s): 867 Motion to Continue/Reschedule Hearing) (mjo,) (EOD: 12/16/2002)* |
| 12/20/2002 | 877 | Order Granting Motion for New Trial (Related Doc #856, Granting Motion to Stay Pending Appeal (Related Doc #856 (fsl,) (EOD: 12/20/2002) |
| 01/14/2002 | Transcript of Hearing | Transcript of Hearing. Date of Hearing: 10/21/02 (nas,) (Entered: 01/15/2003) |
| 01/16/2003 | 893 | *Notice of New Re-Hearing Related document(s): 641 Motion to Assume or Reject,) filed by Central Refrigerated Service, Inc. Hearing scheduled for 1/17/2003 at 10:00 AM at US Bankruptcy Court (bfg,) (EOD: 01/17/2003)* |
| 01/17/2003 | Minute Entry (See Docket) | *Minute Entry Re: Hearing Continued. The parties are to notify the court whether the hearing will be continued to February 10th or 14th by Tuesday January 21, 2003: (related document(s): 641 Motion to Assume or Reject,) Witnesses: Robert Goates, Kenneth Novotny, exhibits received; Appearances: Weston Harris, Diane Gibson, Thomas Beckett, Michael Emery, Wayne Bennett, Peter Billings; (th,) Modified on 1/22/2003 (th,). (EOD: 01/21/2003)* |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 01/28/2003 | 906 | *Amended Notice of Cont. Hearing (related documents(s): __641__ Motion to Assume or Reject,) Filed by Michael N. Emery on behalf of Central Refrigerated Service, Inc. Hearing scheduled for 02/10/2003 at 10:00 AM at R. Kimball Mosier. (smh,) (EOD: 01/29/2003)* |
| 02/10/2003 | *Minute Entry (See Docket)* | *Minute Entry Re: Hearing Continued.: (related documents(s): __641__ Motion to Assume or Reject,) Witnesses: Earl Scudder, Robert Goates, Peter Billings, Michael Cox, Christine Botosan; Exhibits received; Appearances: Michael Emery, Wayne Bennett, Diana Gibson, Thomas Beckett, Peter Billings, Weston; Hearing scheduled for 2/12/2003 at 10:00 AM at USBC Rm 369. (th,) (EOD: 02/10/2003)* |
| 02/12/2003 | *Minute Entry (See Docket)* | *Minute Entry Matter is taken under advisement. Re: (related document(s): __641__ Motion to Assume or Reject, Minute Entry. Hearing continued,) Appearances: Michael Emery, Peter Billings, Wayne Bennett, Weston Harris, Thomas Beckett, Diane Gibson; (th,) (EOD: 02/12/2003)* |
| 02/14/2003 | Transcript of 1/17/03 hearing | Transcript of Hearing. Date of Hearing: Jan. 17, 2003 (smh,) (EOD: 02/18/2003) |
| 02/14/2003 | 927 | Memorandum On Limited Issue of Whether the Trade-Back Agreements are Executory Contracts – Filed by Unsecured Creditors Committee (smh,) (EOD: 02/18/2003) |
| 02/20/2003 | 938 | Response to Committee's Memorandum on Limited Issue Filed by Chris Farris, Freightliner LLC, Freightliner Market Development Company, Freightliner of Utah L.L.C. (kmc,) (EOD: 02/21/2003) |
| 02/26/03 | Transcript of 2/10/03 hearing | Transcript of Hearing. Date of Hearing: 2/10/03 (bfg,) (EOD: 02/26/2003) |
| 04/29/2003 | 1023 | Order Denying Motion To Reconsider (Related Doc #641) (jtt,) (EOD: 04/29/2003) |

| FILING DATE | DOCKET NUMBER | PLEADING DESCRIPTION |
|---|---|---|
| 05/07/2003 | 1029 | Notice of Appeal Receipt Number: 196873 Fee Amount $105 (related documents(s): 1023 Order on Motion to Assume/Reject) Filed by Freightliner LLC, Freightliner Market Development Company, Freightliner of Utah, L.L.C. Appellant Designation due by 5/19/2003. Certificate of Readiness Due Date 6/17/2003. (tjc) (EOD: 05/18/2003) |
| | *Transcript of 2/12/03 hearing* | *\*Transcript has been ordered and will be filed with the Court herewith.* |
| *01/17/2003 & 02/10/2003 & 2/12/2003* | | *All exhibits submitted for use and all exhibits admitted during and transcripts of the January 17, 2003, February 10, 2003 and February 12, 2003 hearings.* |

DATED this 23rd day of June 2003.

PARSONS BEHLE & LATIMER

By _____
J. THOMAS BECKETT
DIANNA M. GIBSON
Attorneys for the Appellants

537613.1

14

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2003, I caused to be mailed, first class, postage prepaid, a true and correct copy of the foregoing **REVISED AND SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL** to:

| | |
|---|---|
| Michael N. Emery<br>Wayne Z. Bennett<br>RICHARDS BRANDT MILLER & NELSON<br>*Counsel Central Refrigerated Services, Inc.*<br>50 South Main Street<br>P.O. Box 2465<br>Salt Lake City, Utah 84110-2465 | James F. Williams<br>James E. Till<br>PERKINS COIE LLP<br>*Counsel Central Refrigerated Services, Inc.*<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101-3099 |
| Weston L. Harris<br>PARSONS DAVIES KINGHORN & PETERS<br>*Counsel for Simon Transportation Services, Inc., Dick Simon Trucking, Inc. and Simon Terminal, LLC*<br>185 South State Street<br>Suite 700<br>Salt Lake City, UT 84111 | Peter W. Billings, Esq.<br>Gary E. Jubber, Esq.<br>FABIAN & CLENDENIN<br>*Counsel for Unsecured Creditors' Committee*<br>215 South State Street<br>12th Floor<br>Salt Lake City, UT 84111 |
| Scott Goldstein<br>Mark Thornhill<br>SPENCER, FANE, BRITT & BROWNE, LLP<br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106 | Laurie Crandall<br>U.S. Trustee's Office<br>#9 Exchange Place<br>Suite 100<br>Salt Lake City, UT 84111-2147 |

*[signature]*

537613.1