Peter W. Billings, A0330
Gary E. Jubber, A1758
David N. Kelley, A9137
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State St., Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814



Attorneys for Official Committee of
 Unsecured Creditors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 02-22906 GEC |
| | (Chapter 11) |
| SIMON TRANSPORATION SERVICES INC. | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | |
| | Judge Glen E. Clark |
| Debtors. | |

### ORDER APPROVING STIPULATIONS AND ALLOWING ADMINISTRATIVE PRIORITY EXPENSE CLAIMS IN FAVOR OF ADMINISTRATIVE CLAIMANTS

The Official Committee of Unsecured Creditors' (the "Committee"), Motion to Approve Stipulations for Allowance of Administrative Priority Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion") came before the Court on July 22, 2003. Notice of the hearing on the Motion was circulated properly to parties in interest as shown by the Committee's certificate of service filed in this case. No objections to the Motion were filed at or prior to the hearing. At the hearing, counsel for parties in interest entered their appearances upon the record.

284572_1

Entered on Docket 7/23/03

The Court has considered the Motion, the Stipulations underlying the Motion and the arguments and proffers made by counsel in support of the Motion. Being fully advised, the Court made its Findings of Fact and Conclusions of Law upon the record, and the same are incorporated by this reference. Accordingly, it is hereby

ORDERED that the Stipulations entered into between the Committee and each Administrative Claimant, as set forth in the Motion, are hereby approved;

IT IS FURTHER ORDERED that:

**As To Wells Fargo Equipment:**

A. Wells Fargo Equipment shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $10,000;

**As To Wells Fargo Bank:**

B. Wells Fargo Bank shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $10,000;

**As To Orix:**

C. Orix shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $110,000;

284572_1

2

**As To Key:**

D. Key shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $80,000;

**As To Fleet:**

E. Fleet shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $145,000;

**As To U.S. Bancorp:**

F. U.S. Bancorp shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $80,000;

G. Other than U.S. Bancorp's administrative claim herein granted, any and all other claims filed by or on behalf of U.S. Bancorp against the Debtors, or against the consolidated estate of the Debtors, including but not limited to the proofs of claim numbered 942 and 946, are hereby deemed withdrawn, waived and disallowed;

H. Any and all claims of the consolidated estate of the Debtors, of the Committee, and of the individual Debtors against U.S. Bancorp, or against any of U.S. Bancorp's predecessors,

284572_1

successors, officers, directors and agents, including claims arising under Chapter 5 of the Bankruptcy Code, shall be, and the same hereby are, waived and released;

I. Nothing in this Order shall be deemed to waive or release any claims of U.S. Bancorp against non-Debtor entities, including third-party guarantors, and all such claims shall not be affected by this Order.

### As To Transamerica:

J. Transamerica shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $50,000; and

### As To All Administrative Claimants Herein Named:

K. The administrative claims herein granted shall be paid at the same time, in the same manner and in the same proportionate amount, as and when other allowed administrative expense claims of like priority are paid by the consolidated estate of the Debtors.

DATED this 22 day of July, 2003.

BY THE COURT

Honorable Glen E. Clark
Chief Bankruptcy Judge

284572_1

## LIST FOR SERVICE OF ORDER

I hereby certify that the following named persons should be served with a copy of this Order:

PETER W. BILLINGS
GARY E. JUBBER
DAVID N. KELLEY
FABIAN & CLENDENIN
215 SOUTH STATE ST, 12TH FLOOR
P.O. BOX 510210
SALT LAKE CITY, UT 84151

GIL MILLER
PRICEWATERHOUSECOOPERS
36 SOUTH STATE
BENEFICIAL LIFE TOWER
SALT LAKE CITY, UT 84111

DAVID E. LETA
SNELL & WILLMER
15 WEST SOUTH TEMPLE, STE. 1200
SALT LAKE CITY, UT 84101-1547

ELAINE MONSON, ESQ.
RAY QUINNEY & NEBEKER
36 SOUTH STATE STREET, #1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145-0385

GEORGE W. PRATT, ESQ.
JONES WALDO HOLBROOK & MCDONOUGH
1500 WELLS FARGO PLACE
170 SOUTH MAIN STREET
SALT LAKE CITY, UT 84101-1644

R.L. KNUTH
JONES WALDO HOLBROOK & MCDONOUGH
170 SOUTH MAIN STREET SUITE 1500
SALT LAKE CITY, UT 84101

ORIX USA CORP
C/O JEFFREY WESTON SHIELDS
201 S Main St #600
SLC UT 84111

GERALD H. SUNIVILLE
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 SOUTH MAIN SUITE 1600
SALT LAKE CITY, UT 84144

J. RANDALL CALL, ESQ.
SALLY J. MCMINIMEE, ESQ.
PRINCE YEATES & GELDZAHLER
175 EAST 400 SOUTH, #900
SALT LAKE CITY, UT 84111

J. MICHAEL BENNETT
U.S. BANCORP LEASING & FINANCIAL
13010 SW 68TH PARKWAY
PORTLAND, OR 97223

FLEET CAPITAL LEASING
ATTN: FRANK STERDJEVICH
ONE SOUTH WACKER DRIVE, SUITE 3800
CHICAGO, IL 60606

ORIX USA CORP.
550 SOUTH HOPE STREET, SUITE 1600
LOS ANGELES CA 90071

WELLS FARGO EQUIPMENT FINANCE INC
MARK J CARPENTER
381 EAST BROADWAY 2ND FLOOR
SALT LAKE CITY UT 84111

284572_1

5

WELLS FARGO BANK
ATTN: ERIC RUMPLE
79 SOUTH MAIN, 8TH FLOOR
SALT LAKE CITY, UT 84111
WELLS FARGO BANK
381 EAST BROADWAY
2ND FLOOR
SALT LAKE CITY, UT 84111

KEY CORP. LEASING
54 STATE STREET
ALBANK NY

KEY EQUIPMENT FINANCE
3300 E 1ST AVE 2ND FL
DENVER CO 80206

TRANSAMERICA EQUIPMENT
FINANCIAL SERVICE
ATTN: DAN ROUSE
ONE PRESTON PARK SOUTH 4975
PRESTON PARK BLVD., SUITE 320
PLANO, TX 75093-5150

284572_1

2