Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Attorneys for Official Committee of
 Unsecured Creditors

IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>SIMON TRANSPORTATION SERVICES INC., DICK SIMON TRUCKING, INC. and SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Nos.  02-22906 GEC<br>02-22907 GEC<br>02-24874 GEC<br>(Chapter 11)<br>[SUBSTANTIVELY CONSOLIDATED]<br><br>Judge Glen E. Clark |

**UNSECURED CREDITORS' COMMITTEE OBJECTION TO PROOFS OF CLAIM NOS. 1051 AND 10 FILED BY THE INTERNAL REVENUE SERVICE**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel, Fabian and Clendenin, hereby objects, pursuant to 11 U.S.C. § 502 and Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure, to Proofs of Claim Nos. 1051 and 10 filed

289103_1

filed by the Internal Revenue Service in the above case. In support of the objection, the Committee states:

1. Debtors, Simon Transportation Services, Inc. and Dick Simon Trucking, Inc. filed their voluntary Chapter 11 petitions on February 25, 2002. Simon Terminal, LLC filed a voluntary Chapter 11 petition on March 26, 2002. The cases were jointly administered.

2. On April 22, 2002, the Court entered an order authorizing the sale of substantially all of the Debtors' assets to Central Refrigerated Service, Inc.

3. On March 5, 2002, the Court entered an order fixing August 26, 2002 as the deadline to file proofs of claim.

4. On March 12, 2003, the Court entered its *Order Confirming Amended Joint Plan of Liquidation* ("Confirmation Order") in the above jointly administered cases. Pursuant to the Amended Joint Plan of Liquidation the estates of the Debtors were substantially consolidated, and all property of Debtors vested in a consolidated estate (the "Estate") under the exclusive control of the Committee. The Committee was designated as the representative of the Estate pursuant to 11 U.S.C. § 1123(b)(3)(B) and given all necessary authority to administer the Estate, including the authority to object to claims. See, *Second Amended Joint Plan of Liquidation Dated December 27, 2002*, ¶ 6.4.

5. Based upon the foregoing, the Committee objects to the following claims:

**Claim No. 1051 (Case No. 02-22906) and Claim No. 10 (Case No. 02-22097) – Internal Revenue Service**

The Internal Revenue Service filed an amended Proof of Claim (claim no. 1051) in the Simon Transportation Services case, (Case No. 02-22906) on or about February 24, 2003, asserting an amount due in the amount of $29,901.81 for unpaid FICA withholding taxes for the tax period ending June 30, 2002. On April 29, 2003, the IRS filed claim no. 10 in the Dick Simon Trucking case (Case No. 02-22907), asserting a claim for unpaid FICA withholding for the same tax period in the amount of $6,579.16.

The Committee submits that claim no. 10 amends claim no. 1051. Furthermore, the Estate paid the amount set forth in claim no. 10 on July 7, 2003. The Committee submits there is no further amounts due from the Estate to the Internal Revenue Service and claim nos. 1051 and 10 should be disallowed.

WHEREFORE, the Committee seeks entry of an order disallowing claim nos. 1051 and 10 in their entirety, and for such other and further relief as the Court deems appropriate.

DATED this 18th day of September, 2003.

_____
Peter W. Billings
Gary E. Jubber
FABIAN & CLENDENIN
A Professional Corporation

289103_1

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, postage fully prepaid, this 19th day of September, 2003.

>United States Trustee
>9 Exchange Place, Suite 100
>Salt Lake City, Utah  84111
>
>Weston L. Harris
>Parsons Kinghorn Peters
>111 East Broadway, 11th Floor
>Salt Lake City, UT  84111
>
>Karen Shield
>IRS Special Procedures
>Stop 5021-SLC
>50 South 200 East
>Salt Lake City, UT  84111

_____

289103_1