Peter W. Billings, A0330
Gary E. Jubber, A1758
David N. Kelley, A9137
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State St., Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Attorneys for Official Committee of
 Unsecured Creditors



RECEIVED
OCT 2 2 2003
XN  cat

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 02-22906 GEC |
| | (Chapter 11) |
| SIMON TRANSPORATION SERVICES INC. | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | |
| | Judge Glen E. Clark |
| Debtors. | |

### ORDER APPROVING STIPULATIONS AND ALLOWING ADMINISTRATIVE PRIORITY EXPENSE CLAIMS IN FAVOR OF ADMINISTRATIVE CLAIMANTS

The Official Committee of Unsecured Creditors' (the "Committee"), Motion to Approve Stipulations for Allowance of Administrative Priority Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion") came before the Court on October 22, 2003. Notice of the hearing on the Motion was circulated properly to parties in interest as shown by the Committee's certificate of service filed in this case. No objections to the Motion were filed at or prior to the hearing. At the hearing, counsel for parties in interest entered their appearances upon the record.

291900_1

The Court has considered the Motion, the Stipulations underlying the Motion and the arguments and proffers made by counsel in support of the Motion. Being fully advised, the Court made its Findings of Fact and Conclusions of Law upon the record, and the same are incorporated by this reference. Accordingly, it is hereby

ORDERED that the Stipulations entered into between the Committee and each Administrative Claimant, as set forth in the Motion, are hereby approved;

IT IS FURTHER ORDERED that:

### As To Dime Commercial Corporation:

A.  Dime Commercial Corporation shall be, and hereby is granted a final, allowed administrative priority expense claim under 11 U.S.C. § 503(b)(1)(A) against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $40,000;

B.  Other than Dime's administrative claim herein granted, any and all other claims filed by or on behalf of Dime against the Debtors, or against the consolidated estate of the Debtors, including but not limited to claim number 944 filed on or about August 26, 2002, asserting an unsecured claim in the amount of $6,914,955.28, are hereby deemed withdrawn, waived and disallowed;

### As To Thermo King SVC, Inc.:

C.  Pursuant to the Stipulation of the parties, Thermo King SVC, Inc. shall be, and hereby is granted a final, allowed administrative priority expense claim against the consolidated estates of the above-captioned Debtors, and pursuant to the Amended Joint Plan of Liquidation of the Debtors, in the amount of $87,500;

291900_1

**As To All Administrative Claimants Herein Named:**

K.   The administrative claims herein granted shall be paid at the same time, in the same manner and in the same proportionate amount, as and when other allowed administrative expense claims of like priority are paid by the consolidated estate of the Debtors.

DATED this 22 day of October, 2003.

BY THE COURT

_____
Honorable Glen E. Clark
Chief Bankruptcy Judge

Approved as to form:

_____
Jeffrey L. Shields
Attorney for Dime

_____ 10/22/03
Robert S. Prince
Attorney for Thermo King

291900_1

3

## LIST FOR SERVICE OF ORDER

I hereby certify that the following named persons should be served with a copy of this Order:

PETER W. BILLINGS
GARY E. JUBBER
DAVID N. KELLEY
FABIAN & CLENDENIN
215 SOUTH STATE ST, 12TH FLOOR
P.O. BOX 510210
SALT LAKE CITY, UT 84151

GIL MILLER
PRICEWATERHOUSECOOPERS
36 SOUTH STATE
BENEFICIAL LIFE TOWER
SALT LAKE CITY, UT 84111

ROBERT S. PRINCE
KIRTON & MCCONKIE
1800 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84111

DAVID E. RUNCK
OPPENHEIMER WOLFF & DONNELLY LLP
45 SOUTH SEVENTH STREET, SUITE 3300
MINNEAPOLIS, MINNESOTA 55402

JEFFERY L. SHIELDS
CALLISTER, NEBEKER & MCCULLOUGH
10 EAST SOUTH TEMPLE, SUITE 900
SALT LAKE CITY, UTAH 84133