Original

Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
 A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Attorneys for Official Committee of
 Unsecured Creditors

# IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>SIMON TRANSPORTATION SERVICES INC., DICK SIMON TRUCKING, INC. and SIMON TERMINAL, LLC,<br><br>Debtors. | Bankruptcy Nos. 02-22906 GEC<br>02-22907 GEC<br>02-24874 GEC<br>(Chapter 11)<br>[SUBSTANTIVELY CONSOLIDATED]<br><br>Judge Glen E. Clark |

**ORDER SUSTAINING UNSECURED CREDITORS' COMMITTEE OBJECTION TO PROOFS OF CLAIM NOS. 11, 407, 541, 555, 686, 752, 786, 844, 934 AND 977**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel, Fabian and Clendenin, filed its Application For Entry of Order Sustaining Unsecured Creditors' Committee Objection to Proofs of Claim Nos. 11, 407, 541, 555, 686, 752, 786, 844, 934 AND 977, on November 4, 2003. The objection and a notice of hearing were properly served on interested parties on September 18, 2003. The notice of hearing included a statement

293233.1

that in the absence of a timely response, the relief requested could be granted without a hearing. Based upon the objection, the lack of any response to the objection and the Committee's Ex Parte Application for Entry of Order, and good cause appearing

IT IS HEREBY ORDERED that,

1. The Committee's Objection to Proofs of Claim Nos. 11, 407, 541, 555, 686, 752, 786, 844, 934 AND 977 is sustained; and

2. Claim No. 11 filed by DeKalb County, Georgia, is allowed as a priority claim in the amount of $8,883.81 and the balance of the claim is disallowed.

3. Claim No. 407 filed by City of McAlester, Oklahoma is disallowed in its entirety.

4. Claim No. 541 filed by the Commonwealth of Kentucky is allowed as a priority claim in the amount of $20,114.80, and the balance of the claim ($3,795.25) is reclassified as a general unsecured claim.

5. Claim No. 555 filed by the State of Georgia is disallowed in its entirety.

6. Claim No. 686 filed by the Idaho Transportation Department in the amount of $2,599.06 is reclassified as a general unsecured claim.

7. Claim No. 752 filed by Adams County Treasurer (Account No. P0008141) is disallowed in its entirety.

8. Claim No. 786 filed by the Kansas Department of Revenue is allowed as a general unsecured claim in the amount of $114.75, and the balance of the claim is disallowed.

293233.1

9. Claim No. 844 filed by the Utah Labor Commission is allowed as a priority claim in the amount of $4,650, and the balance of the claim ($20,848) is reclassified as a general unsecured claim.

10. Claim No. 934 filed by the Memphis Light, Gas & Water Division is disallowed in its entirety.

11. Claim No. 977 filed by the Montana Department of Revenue is disallowed in its entirety.

DATED this 22 day of November, 2003.

BY THE COURT:

Honorable Glen E. Clark
United States Bankruptcy Judge

293233_1

3

## CLERK'S CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was mailed, postage fully prepaid, this ___ day of November, 2003.

United States Trustee
9 Exchange Place, Suite 100
Salt Lake City, Utah 84111

Weston L. Harris
Parsons Kinghorn Peters
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

Tom Scott, Tax Commissioner
Office of the Tax Commissioner
DeKalb County, Georgia
P.O. Box 100004
Decatur, GA 30031-7004

Mark Bell, Assistant Director
Division of Motor Carriers
Department of Vehicle Regulation
Transportation Cabinet
Commonwealth of Kentucky
P.O. Box 2007
Frankfort, KY 40602

Deidre Marlowe, Attorney
Utah Labor Commission
P.O. Box 146600
Salt Lake City, UT 84114-6600

Helen L. Hill
Adams County Treasurer
450 South 4th Avenue, #303
Brighton, CO 80601

City of McAlester
Attn: Bobbie Lanz, City Clerk
P.O. Box 578
McAlester, OK 74502

State of Georgia
Department of Revenue
P.O. Box 161108
Atlanta, GA 30354

Kristi Arredondo
Civil Tax Enforcement
Kansas Department of Revenue
P.O. Box 12005
Topeka, KS 66612-2005

Memphis Light, Gas & Water Division
P.O. Box 388
Memphis, TN 38145

Montana Department of Revenue
Attn: Kimberley Davis
P.O. Box 5805
Helena, MT 59604-5805

Idaho Transportation Department
Attn: Sandy Browning, Room 300
P.O. Box 34
Boise, ID 83731