Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Attorneys for Official Committee of
   Unsecured Creditors

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2004 JAN 21  P 12: 31

DISTRICT OF UTAH

BY _____
DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>SIMON TRANSPORTATION SERVICES, INC.<br>   Debtor. | Bankruptcy No. 02-22906 GEC<br>Substantively Consolidated |
| In re:<br>DICK SIMON TRUCKING, INC.<br>   Debtor. | (Bankruptcy No. 02-22907 GEC) |
| In re:<br>Simon Terminal, LLC<br>   Debtor. | (Bankruptcy No. 02-24874 GEC) |

## CHAPTER 11 QUARTERLY FINANCIAL REPORT
For the Quarter October 1, 2003 to December 31, 2003

This quarterly report is being filed in accordance with Section 2.2 of the Second Amended Joint Plan of Liquidation Dated December 27, 2002, which states:

> "The Consolidated Estates will have the obligation to file quarterly reports with the United States Trustee showing disbursements and to pay quarterly fees based on these disbursements to the Office of the United States Trustee until a final decree is entered."

I declare under penalty of perjury that the following Quarterly Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on: January 15, 2003        By: _____
                                         Gil A. Miller
                                     Position: Accountant for Unsecured Creditors' Committee



0222906D1178

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For the Quarter October 1, 2003 to December 31, 2003

### CASH RECONCILIATION

| | | |
|---|---:|---:|
| 1. Beginning Cash Balance (October 1, 2003) | | $ 1,870,443 |
| 2. Cash Receipts | $ 16,442 | |
| 3. Cash Disbursements | $ (114,466) | |
| 4. Net Cash Flow | | $ (98,024) |
| 5. Ending Cash Balance (December 31, 2003) | | $ 1,772,419 |

### CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---:|---|
| Regular Checking | (20) | Zions Bank (Closed) |
| Regular Checking | 12,356 | Zions Bank |
| Money Market Account | 1,760,083 | Zions Bank |
| | | |
| Total | 1,772,419 | |
| (must agree with line 5 above) | | |

## Substantively Consolidated Estate of Simon Transportation Services, Inc.
## Cash Receipts & Disbursements Detail
### For the Quarter October 1, 2003 to December 31, 2003

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Receipts & Disbursements** | | | | | |
| **Cash Receipts** | | | | | |
| **Settlement Income** | | | | | |
| Deposit | 12/15/2003 | | Arizona Property and Casualty | Settlement Income re Claim #PCA-029-0016 | 3,098.33 |
| **Total Settlement Income** | | | | | 3,098.33 |
| **Interest Income** | | | | | |
| Deposit | 10/31/2003 | | Zions First National Bank | Interest | 1,743.10 |
| Deposit | 11/28/2003 | | Zions First National Bank | Interest | 1,575.88 |
| Deposit | 12/31/2003 | | Zions First National Bank | Interest | 1,792.63 |
| **Total Interest Income** | | | | | 5,111.60 |
| **Other Receipts** | | | | | |
| Deposit | 10/21/2003 | 006710556 | ADP | Refund of amounts paid for payroll processing | 2,880.13 |
| Deposit | 12/03/2003 | | State of West Virginia | Refund of state tax overpayment | 467.00 |
| Deposit | 12/19/2003 | | State of Ohio | Franchise Tax Refund - 2002 | 4,885.00 |
| **Total Other Receipts** | | | | | 8,232.13 |
| **Total Cash Receipts** | | | | | 16,442.06 |
| **Cash Disbursements** | | | | | |
| **Bank Service Charges** | | | | | |
| Check | 12/08/2003 | | Zions First National Bank | Service Charge | 5.20 |
| **Total Bank Service Charges** | | | | | 5.20 |
| **Professional Fees** | | | | | |
| **Accounting Fees & Expenses** | | | | | |
| Check | 12/12/2003 | 1030 | PricewaterhouseCoopers | Fees for August 1, 2003 - October 31, 2003 | 72,100.00 |
| Check | 12/12/2003 | 1030 | PricewaterhouseCoopers | Expenses for August 1, 2003 - October 31, 2003 | 913.02 |
| **Total Accounting Fees & Expenses** | | | | | 73,013.02 |
| **Legal Fees** | | | | | |
| Check | 12/12/2003 | 1029 | Fabian & Clendenin | Fees for August 1, 2003 - October 31, 2003 | 35,363.75 |
| Check | 12/12/2003 | 1029 | Fabian & Clendenin | Expenses for August 1, 2003 - October 31, 2003 | 1,162.71 |
| **Total Legal Fees** | | | | | 36,526.46 |
| **Total Professional Fees** | | | | | 109,539.48 |
| **State Tax** | | | | | |
| Check | 10/01/2003 | 1024 | Commonwealth of Massachusetts | Form 355 / Tax ID 87-0293383 | 456.00 |
| Check | 10/01/2003 | 1025 | State of Rhode Island | Form RI-1120 / Tax ID 87-0293383 | 250.00 |
| Check | 10/01/2003 | 1026 | Utah State Tax Commission | Form TC-20 / Tax ID 87-05445608 | 200.00 |
| Check | 11/21/2003 | 1028 | Missouri Director of Revenue | Form MO 1120 for period of 10/1/2000 - 9/30/2001 | 265.00 |
| **Total State Tax** | | | | | 1,171.00 |
| **US Trustee Fees** | | | | | |
| Check | 10/13/2003 | 1027 | US Trustee | 3rd Quarter 2003 US Trustee Fees | 3,750.00 |
| **Total US Trustee Fees** | | | | | 3,750.00 |
| **Total Cash Disbursements** | | | | | 114,465.68 |
| **Net Cash Receipts & Disbursements** | | | | | -98,023.62 |

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## QUARTERLY FEE SUMMARY(1)

### Quarter Ended September 30, 2003

| Payment Date | Cash Disbursements(2) | Quarterly Fee Due | Check Number | Date |
|---|---|---|---|---|
| January | 14,259.69 | | | |
| February | 986.92 | | | |
| March | 68,079.85 | | | |
| TOTAL 1st Quarter | $ 83,326.46 | $750 | 1006 | 5/27/2003 |
| April | 4.38 | | | |
| May | 1,253.34 | | | |
| June | 244,306.54 | | | |
| TOTAL 2nd Quarter | $ 245,564.26 | $1,500 | 1011 | 7/12/2003 |
| July | 1,500.00 | | | |
| August | - | | | |
| September | 934,824.29 | | | |
| TOTAL 3rd Quarter | $ 936,324.29 | $3,750 | 1027 | 10/13/2003 |
| October | 4,656.00 | | | |
| November | 265.00 | | | |
| December | 109,544.68 | | | |
| TOTAL 4th Quarter | $ 114,465.68 | $750 | 1,031.00 | 12/16/2003 |

(1) This summary is to relect the current calendar year's information cumulative to the end of the reporting period.

(2) Should agree with line 3, FORM 2-B. Disbursements are net of transfers to other debtor in possession bank accounts.