**Original**

Peter W. Billings, A0330
Gary E. Jubber, A1758
David N. Kelley, A9137
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Attorneys for Official Committee of
Unsecured Creditors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 02-22906 GEC |
| | (Chapter 11) |
| SIMON TRANSPORATION SERVICES INC. | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | |
| | Judge Glen E. Clark |
| Debtors. | |

**ORDER ALLOWING ADMINISTRATIVE EXPENSE PRIORITY CLAIM
PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

The Official Committee of Unsecured Creditors (the "Committee"), filed a Motion to

Approve Stipulations for Allowance of Administrative Priority Expense Claims Pursuant to 11

U.S.C. § 503(b)(1)(A) (the "Motion") on March 9, 2004. Hearing was scheduled for April 13,

2004. Copies of the Motion and Notice of the hearing and requirement for written response were

307636_1

filed and served on all parties in interest on March 9, 2004. No objections to the Motion were filed at or prior to the hearing.

The Court, having considered the Motion and the Stipulation underlying the Motion and for good cause appearing thereby, it is hereby

ORDERED that the Stipulation entered into between the Committee and Fifth Third, as set forth in the Motion, is hereby approved;

IT IS FURTHER ORDERED that the Committee may pay Fifth Third's claim pursuant to the terms set forth in the Stipulation.

DATED this 19 day of April 2004.

BY THE COURT:

_____
Glen E. Clark
Bankruptcy Court Judge

307636_1

2