Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Attorneys for Official Committee of
  Unsecured Creditors



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>　SIMON TRANSPORTATION SERVICES, INC.<br>　　Debtor. | Bankruptcy No. 02-22906 GEC<br>Substantively Consolidated |
| In re:<br>　DICK SIMON TRUCKING, INC.<br>　　Debtor. | (Bankruptcy No. 02-22907 GEC) |
| In re:<br>　Simon Terminal, LLC<br>　　Debtor. | (Bankruptcy No. 02-24874 GEC) |

## CHAPTER 11 QUARTERLY FINANCIAL REPORT
For the Quarter January 1, 2004 to March 31, 2004

This quarterly report is being filed in accordance with Section 2.2 of the Second Amended Joint Plan of Liquidation Dated December 27, 2002, which states:

> "The Consolidated Estates will have the obligation to file quarterly reports with the United States Trustee showing disbursements and to pay quarterly fees based on these disbursements to the Office of the United States Trustee until a final decree is entered."

I declare under penalty of perjury that the following Quarterly Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on: _____May 5, 2004_____   By: _/s/ Gil A. Miller_____
　　　　　　　　　　　　　　　　　　　　　　　　Gil A. Miller
　　　　　　　　　　　　　　　　　　Position: Accountant for Unsecured Creditors' Committee

0222906D1440

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For the Quarter January 1, 2004 to March 31, 2004

CASH RECONCILIATION

| | | |
|---|---:|---:|
| 1. Beginning Cash Balance (October 1, 2003) | | $ 1,772,419 |
| 2. Cash Receipts | $ 125,615 | |
| 3. Cash Disbursements | $ (925,064) | |
| 4. Net Cash Flow | | $ (799,450) |
| 5. Ending Cash Balance (December 31, 2003) | | $ 972,969 |

CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---:|---|
| Regular Checking | (20) | Zions Bank (Closed) |
| Regular Checking | 73,725 | Zions Bank |
| Money Market Account | 899,264 | Zions Bank |
| Total | 972,969 | |
| (must agree with line 5 above) | | |

## Substantively Consolidated Estate of Simon Transportation Services, Inc.
## Cash Receipts & Disbursements Detail
### For the Quarter January 1, 2004 to March 31, 2004

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Receipts & Disbursements** | | | | | |
| **Cash Receipts** | | | | | |
| *Interest Income* | | | | | |
| Deposit | 01/31/2004 | | Zions First National Bank | Interest | 1,481.42 |
| Deposit | 02/29/2004 | | Zions First National Bank | Interest | 848.40 |
| Deposit | 03/31/2004 | | Zions First National Bank | Interest | 851.50 |
| **Total Interest Income** | | | | | 3,181.32 |
| *Other Income* | | | | | |
| Deposit | 02/18/2004 | 027285 | Touchstone Paint & Lacquer Co. | Preference Payment | 840.14 |
| Deposit | 02/18/2004 | 3091 582791 | Internal Revenue Service | Refund | 242.00 |
| Deposit | 02/18/2004 | 02040401049 | Georgia Department of Revenue | Corp Income Tax Refund | 750.00 |
| Deposit | 02/19/2004 | 016080 | Lincoln County | Refund | 45.00 |
| Deposit | 03/05/2004 | 327284 | Dekalb County | Refund of overpayment | 938.62 |
| Deposit | 03/30/2004 | 006653281 | State of Mississippi | Refund of state tax overpayment for 2001 | 1,235.00 |
| **Total Other Income** | | | | | 4,050.76 |
| *Settlement Income* | | | | | |
| Deposit | 01/09/2004 | | Image West Metals | Preference payment | 977.44 |
| Deposit | 01/09/2004 | | Superior Paint Supply | Preference payment | 1,391.46 |
| Deposit | 01/09/2004 | | Leco Corporation | Preference payment | 980.00 |
| Deposit | 01/09/2004 | | Utility Trailer Sales of Colorado, LLC | Preference payment | 3,960.00 |
| Deposit | 01/09/2004 | | Henderson Wheel & Warehouse Supply | Preference payment | 2,983.12 |
| Deposit | 01/09/2004 | | Floyd Wilcox & Sons | Preference payment | 10,265.85 |
| Deposit | 01/09/2004 | | American Pad & Paper | Preference payment | 2,336.70 |
| Deposit | 02/18/2004 | 023267 | TNT Parts, Inc. | Preference Payment | 3,000.00 |
| Deposit | 02/18/2004 | 101181 | Duke Energy | Preference Payment | 1,150.00 |
| Deposit | 02/18/2004 | 456668 | Blue Beacon International, Inc. | Preference Payment | 20,340.94 |
| Deposit | 02/19/2004 | 00042 | Enterprise Rent-A-Car | Settlement income | 14,662.15 |
| Deposit | 02/27/2004 | 8119445 | Myers Industries, Inc. | Settlement of preference claim | 2,500.80 |
| Deposit | 03/05/2004 | 1500146309 | Avaya Inc. | Preference settlement | 1,393.47 |
| Deposit | 03/05/2004 | 403700744 | Hodges Heavy Duty | Preference settlement | 1,800.00 |
| Deposit | 03/11/2004 | 1079 | Thomas Rumph Lawsuit | Thomas Rumph Lawsuit settlement | 2,500.00 |
| Deposit | 03/11/2004 | 78651 | Peterbilt, Inc. | Settlement of Utility Trailer Sales preference claim | 10,643.90 |
| Deposit | 03/12/2004 | 2934 | Water & Environmental Technologies | Preference settlement | 4,443.00 |
| Deposit | 03/12/2004 | 56497 | Bank of Tazewell County | Full settlement of claim | 4,746.15 |
| Deposit | 03/16/2004 | 028777 | Camelot Desserts (CGI Desserts, Inc.) | Preference settlement | 1,940.26 |
| Deposit | 03/16/2004 | 34001111841 | Zurich American Insurance Company | Preference settlement | 2,403.79 |
| Deposit | 03/16/2004 | 4150004217 | S&C Resale Company | Preference settlement | 7,164.00 |
| Deposit | 03/23/2004 | 019736 | Les Olson Company | Preference Claim | 3,662.25 |
| Deposit | 03/23/2004 | 6871927 | Jeansonne Garlic Farms | Preference Claim | 3,750.00 |
| Deposit | 03/23/2004 | 516563 | Haz-Mat Response, Inc. | Preference Claim | 2,123.60 |
| Deposit | 03/23/2004 | 42910 | Quality Ingredients Corp | Settlement | 1,700.00 |
| Deposit | 03/23/2004 | 108655 | Underwood, Wilson, Berry, Stein & Johnson | Settlement | 1,000.00 |
| Deposit | 03/24/2004 | 07405152 | Pitney Bowes | Preference claim | 1,825.00 |

## Substantively Consolidated Estate of Simon Transportation Services, Inc.
### Cash Receipts & Disbursements Detail

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Deposit | 03/24/2004 | 53770 | Pallet Exchange Co., Inc. | Preference claim | 2,000.00 |
| Deposit | 03/24/2004 | 31194 | Wisconsin Pallets, Inc. | Preference claim | 1,000.00 |
| **Total Settlement Income** | | | | | **118,372.70** |
| **Total Cash Receipts** | | | | | **125,614.70** |
| **Cash Disbursements** | | | | | |
| **Administrative Expense** | | | | | |
| Check | 01/20/2004 | 1032 | Louisiana Secretary of State | Application for Withdrawal | 100.00 |
| Check | 01/20/2004 | 1033 | New York State Department of State | Certificate of Surrender | 60.00 |
| Check | 02/13/2004 | 1085 | U.S. Bankruptcy Court | Filing fees | 8,250.00 |
| Check | 02/13/2004 | 1084 | U.S. Bankruptcy Court | VOID: voided check | 0.00 |
| Check | 02/18/2004 | 1086 | U.S. Bankruptcy Court | Filing Fees - 116 Adversary proceedings | 17,400.00 |
| Check | 02/19/2004 | 1087 | U.S. Bankruptcy Court | Filing Fees | 3,000.00 |
| Check | 02/23/2004 | 1088 | U.S. Bankruptcy Court | Filing Fees - 19 adversary filings | 2,850.00 |
| Check | 02/24/2004 | 1089 | U.S. Bankruptcy Court | Filing Fees | 600.00 |
| Check | 02/25/2004 | 1090 | U.S. Bankruptcy Court | Filing Fees | 1,050.00 |
| Check | 03/04/2004 | 1093 | Utah State Tax Commission | Balance owing for Claim #1056 for sales tax for 4/93 - 12/95 | 0.00 |
| Check | 03/11/2004 | 1095 | Utah State Tax Commission | Balance owing for Claim #1056 for sales tax for 4/93 - 12/95 | 118,425.33 |
| **Total Administrative Expense** | | | | | **151,735.50** |
| **Bank Service Charges** | | | | | |
| Check | 03/31/2004 | | Zions First National Bank | Service Charge | 8.00 |
| **Total Bank Service Charges** | | | | | **8.00** |
| **Priority Claim** | | | | | |
| Check | 01/20/2004 | 1034 | Arizona Department of Economic Security | Payment of Claim 652; Acct #0254291 | 1,294.70 |
| Check | 01/20/2004 | 1035 | City of Commerce City | Payment of Claim 907005 | 50.00 |
| Check | 01/20/2004 | 1036 | Commonwealth of Kentucky | Payment of Claim 541 pursuant to order dated 11/4/2003 | 20.04 |
| Check | 01/20/2004 | 1037 | Dekalb County | Payment of Claim 11 pursuant to order dated 11/4/2003 | 8,863.31 |
| Check | 01/20/2004 | 1038 | Georgia Department of Labor | Payment of Claim 1036; Account #625181-03 | 475.85 |
| Check | 01/20/2004 | 1039 | Department of Illinois | | 0.00 |
| Check | 01/20/2004 | 1040 | Internal Revenue Service | Payment of Claim 510; Retailers Tax #2583-6889 | 286,018.70 |
| Check | 01/20/2004 | 1041 | Kentucky Revenue Cabinet | Payment of Claim 907011; TIN 87-0293383 | 15,600.58 |
| Check | 01/20/2004 | 1042 | Lincoln County | Payment of Claim 1054; Account #762302 | 88.24 |
| Check | 01/20/2004 | 1043 | New York State Dept of Taxation & Finance | Payment of Claim 169; Account #0145738 | 4,270.43 |
| Check | 01/20/2004 | 1044 | New York State Dept of Taxation & Finance | Payment tof Claim 1032; Account #B-87-0293383-2 | 30,236.45 |
| Check | 01/20/2004 | 1045 | Department of Oregon | Payment of Claim 649; Account #6-87-0293383-2 | 164,730.72 |
| Check | 01/20/2004 | 1046 | State of California, Employment Developme | Payment of Claim 767; Account #148962 | 3,307.74 |
| Check | 01/20/2004 | 1047 | Texas Workforce | Payment of Claim 832; Account #353-4881-6 798-1843-1 | 121.52 |
| Check | 01/20/2004 | 1048 | Utah Department of Workforce Services | Payment of Claim 1028; Acct #02-7467791-1 | 24,064.36 |
| Check | 01/20/2004 | 1049 | Utah Labor Commission | Payment of Claim 424; Account #3-054408-1 | 4,650.45 |
| Check | 01/20/2004 | 1052 | Virginia State Tax Division | Payment of Claim 844 pursuant to Order dated 11/4/2003 | 1.93 |
| Check | 01/28/2004 | 1083 | Utah State Tax Commission | Partial Payment of Claim 1056 | 56,419.20 |
| **Total Priority Claim** | | | | | **670,222.22** |
| **Professional Fees** | | | | | |
| **Accounting Fees & Expenses** | | | | | |
| Check | 02/27/2004 | 1092 | PricewaterhouseCoopers | Accounting Fees | 33,192.00 |
| Check | 02/27/2004 | 1092 | PricewaterhouseCoopers | Accounting Expenses | 850.63 |
| **Total Accounting Fees & Expenses** | | | | | **34,042.63** |

## Substantively Consolidated Estate of
## Simon Transportation Services, Inc.
### Cash Receipts & Disbursements Detail

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Legal Fees** | | | | | |
| Check | 02/27/2004 | 1091 | Fabian & Clendenin | Legal Fees | 57,549.40 |
| Check | 02/27/2004 | 1091 | Fabian & Clendenin | Legal Expenses | 1,570.02 |
| **Total Legal Fees** | | | | | 59,119.72 |
| **Total Professional Fees** | | | | | 93,162.13 |
| **State Tax** | | | | | |
| Check | 01/20/2004 | 1053 | Alabama Department of Revenue | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 1,227.00 |
| Check | 01/20/2004 | 1054 | Franchise Tax Board | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 96.00 |
| Check | 01/20/2004 | 1055 | Indiana Department of Revenue | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 16.00 |
| Check | 01/20/2004 | 1056 | Kentucky State Treasurer | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 1,270.00 |
| Check | 01/20/2004 | 1057 | State of New Jersey | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 40.00 |
| Check | 01/20/2004 | 1058 | Department of Revenue | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 49.00 |
| Check | 01/20/2004 | 1059 | State Comptroller | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 1,550.00 |
| Check | 01/20/2004 | 1060 | Wisconsin Department of Revenue | Payment of 9/30/2001 tax liability pursuant to Sec. 505(b) of Title 11. | 25.00 |
| Check | 01/20/2004 | 1061 | Arizona Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 54.00 |
| Check | 01/20/2004 | 1062 | Franchise Tax Board | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 91.00 |
| Check | 01/20/2004 | 1063 | Commissioner of Revenue Services | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 1,091.00 |
| Check | 01/20/2004 | 1064 | DC Government | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 50.00 |
| Check | 01/20/2004 | 1065 | Idaho State Tax Commission | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 20.00 |
| Check | 01/20/2004 | 1066 | Indiana Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 75.00 |
| Check | 01/20/2004 | 1067 | Louisiana Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 10.00 |
| Check | 01/20/2004 | 1068 | Minnesota Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 400.00 |
| Check | 01/20/2004 | 1069 | Office of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 5.00 |
| Check | 01/20/2004 | 1070 | Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 333.00 |
| Check | 01/20/2004 | 1071 | State of New Hampshire | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 250.00 |
| Check | 01/20/2004 | 1072 | State of New Jersey - CBT | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 61.00 |
| Check | 01/20/2004 | 1073 | Taxation and Revenue Department | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 55.00 |
| Check | 01/20/2004 | 1074 | N.C. Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 50.00 |
| Check | 01/20/2004 | 1075 | Treasurer of State of Ohio | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 13.00 |
| Check | 01/20/2004 | 1076 | Oregon Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 382.00 |
| Check | 01/20/2004 | 1077 | PA Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 832.00 |
| Check | 01/20/2004 | 1078 | Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 100.00 |
| Check | 01/20/2004 | 1079 | Tennessee Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 250.00 |
| Check | 01/20/2004 | 1080 | Vermont Department of Taxes | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 50.00 |
| Check | 01/20/2004 | 1081 | West Virginia State Tax Department | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 50.00 |
| Check | 01/20/2004 | 1082 | Wisconsin Department of Revenue | Payment of 9/30/2002 tax liability pursuant to Sec. 505(b) of Title 11. | 66.29 |
| **Total State Tax** | | | | | 9,175.29 |
| **US Trustee Fees** | | | | | |
| Check | 01/16/2004 | 1031 | US Trustee | 4th Quarter 2003 US Trustees Fees for the Consolidated | 750.00 |
| **Total US Trustee Fees** | | | | | 750.00 |
| **Total Cash Disbursements** | | | | | 925,064.31 |
| **Net Cash Receipts & Disbursements** | | | | | -799,449.61 |

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## QUARTERLY FEE SUMMARY(1)

### Quarter Ended March 31, 2004

| Payment Date | Cash Disbursements(2) | Quarterly Fee Due | Check Number | Date |
|---|---|---|---|---|
| January | 680,308.03 | | | |
| February | 126,312.35 | | | |
| March | 118,443.93 | | | |
| TOTAL 1st Quarter | $ 925,064.31 | $3,750 | 1103 | 5/5/2004 |
| April | | | | |
| May | | | | |
| June | | | | |
| TOTAL 2nd Quarter | | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| TOTAL 3rd Quarter | | | | |
| October | | | | |
| November | | | | |
| December | | | | |
| TOTAL 4th Quarter | | | | |

(1) This summary is to relect the current calendar year's information cumulative to the end of the reporting period.

(2) Should agree with line 3, FORM 2-B. Disbursements are net of transfers to other debtor in possession bank accounts.