Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Attorneys for Official Committee of
  Unsecured Creditors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>SIMON TRANSPORTATION SERVICES, INC.<br>   Debtor. | Bankruptcy No. 02-22906 GEC<br>Substantively Consolidated |
| In re:<br>DICK SIMON TRUCKING, INC.<br>   Debtor. | (Bankruptcy No. 02-22907 GEC) |
| In re:<br>Simon Terminal, LLC<br>   Debtor. | (Bankruptcy No. 02-24874 GEC) |

## CHAPTER 11 QUARTERLY FINANCIAL REPORT
For the Quarter April 1, 2004 to June 30, 2004

This quarterly report is being filed in accordance with Section 2.2 of the Second Amended Joint Plan of Liquidation Dated December 27, 2002, which states:

> "The Consolidated Estates will have the obligation to file quarterly reports with the United States Trustee showing disbursements and to pay quarterly fees based on these disbursements to the Office of the United States Trustee until a final decree is entered."

I declare under penalty of perjury that the following Quarterly Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on:   July 15, 2004              By: _____
                                               Gil A. Miller
                                          Position: Accountant for Unsecured Creditors' Committee



0222906D1453

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For the Quarter April 1, 2004 to June 30, 2004

### CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1. Beginning Cash Balance (April 1, 2004) | | | $ 972,969 |
| 2. Cash Receipts | $ | 207,438 | |
| 3. Cash Disbursements | $ | (328,227) | |
| 4. Net Cash Flow | | | $ (120,789) |
| 5. Ending Cash Balance (June 30, 2004) | | | $ 852,180 |

### CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| Regular Checking | (20) | Zions Bank (Closed) |
| Regular Checking | 53,325 | Zions Bank |
| Money Market Account | 798,875 | Zions Bank |
| Total | 852,180 | |
| (must agree with line 5 above) | | |

**Substantively Consolidated Estate of Simon Transportation Services, Inc.**
**Cash Receipts & Disbursements Detail**
For the Quarter April 1, 2004 to June 30, 2004

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Receipts & Disbursements** | | | | | |
| **Cash Receipts** | | | | | |
| **Interest Income** | | | | | |
| Deposit | 04/30/2004 | | Zions First National Bank | Interest | 730.18 |
| Deposit | 05/28/2004 | | Zions First National Bank | Interest | 645.61 |
| Deposit | 06/30/2004 | | Zions First National Bank | Interest | 775.06 |
| **Total Interest Income** | | | | | 2,150.85 |
| **Settlement Income** | | | | | |
| Deposit | 04/06/2004 | 1611058 | Jennie-O Turkey Store | Preference Payment | 5,533.44 |
| Deposit | 04/06/2004 | 035840 | Freightliner | Preference Payment | 30,000.00 |
| Deposit | 04/06/2004 | 042974 | Engineering Design & Testing Corp. | Preference Payment | 3,098.58 |
| Deposit | 04/06/2004 | 035489 | Fil-Mor Express, Inc. | Preference Payment | 1,750.00 |
| Deposit | 04/06/2004 | 20454 | Auto Body Supply, Inc. | Preference Payment | 3,000.00 |
| Deposit | 04/06/2004 | 118O8 | Intermountain Battery, Inc. | Preference Payment | 8,083.07 |
| Deposit | 04/06/2004 | 016565 | RRR Express | Preference Payment | 2,500.00 |
| Deposit | 04/09/2004 | 383365 | Exel North American Road Transport, Inc. | Preference settlement | 1,200.00 |
| Deposit | 04/09/2004 | 026246 | Butt, Thornton & Baehr, PC | Preference settlement | 2,296.79 |
| Deposit | 04/09/2004 | 308292 | Smucker's | Preference settlement | 2,200.00 |
| Deposit | 04/21/2004 | 070549 | Palex-Texas, Inc. | Preference payment | 4,794.00 |
| Deposit | 04/21/2004 | 103228 | Crossline Carriers, Inc. | Preference payment | 1,416.33 |
| Deposit | 04/29/2004 | 054668 | Indiana Department of Transportation | Preference Settlement | 31,047.30 |
| Deposit | 04/29/2004 | 330757 | Menlo Logistics | Preference Settlement | 2,104.17 |
| Deposit | 04/29/2004 | 22805 | Pallet Express | Preference Settlement | 2,700.00 |
| Deposit | 05/11/2004 | 5789 | Hays Transport | Preference Settlement | 1,869.57 |
| Deposit | 05/11/2004 | 156919 | Town of Andover | Preference Settlement | 1,647.50 |
| Deposit | 05/17/2004 | 8556357 | Detroit Diesel | Preference settlement | 2,200.00 |
| Deposit | 05/17/2004 | 0111053 | S. Schwab | Preference settlement | 42,723.42 |
| Deposit | 05/20/2004 | 246275 | Topco Associates | Preference settlement | 22,060.12 |
| Deposit | 06/14/2004 | 337125 | Stevens Transport | Preference Settlement | 1,947.19 |
| Deposit | 06/14/2004 | 204993 | Regions Interstate | Preference Settlement | 6,000.00 |
| Deposit | 06/14/2004 | 01017 | Dennis Dreiling | Preference Settlement | 600.00 |
| Deposit | 06/14/2004 | 69835 | Ullman Oil | Preference Settlement | 2,358.48 |
| Deposit | 06/18/2004 | 3049550 | Schwan's Food Service | Preference Settlement | 4,500.00 |
| Deposit | 06/18/2004 | 202087057 | Excel Corporation | Preference Settlement | 7,500.00 |
| Deposit | 06/18/2004 | 1000533001 | Williams Travelcenters | Preference Settlement | 1,400.00 |
| Deposit | 06/30/2004 | 778212 | Ventura Foods | Preference settlement | 2,000.00 |
| Deposit | 06/30/2004 | 795487 | Hall & Evans | Preference settlement | 3,000.00 |
| Deposit | 06/30/2004 | 191820 | Total Control | Preference settlement | 3,746.81 |
| **Total Settlement Income** | | | | | 205,286.77 |
| **Total Cash Receipts** | | | | | 207,437.62 |

**Substantively Consolidated Estate of Simon Transportation Services, Inc.**

## Cash Receipts & Disbursements Detail

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | |
| **Administrative Expense** | | | | | |
| Check | 06/16/2004 | 1109 | Pitney, Hardin, Kipp & Suzch, LLP | Payment of Fifth Third Leasing Company Admin. Claim | 5,000.00 |
| Total Administrative Expense | | | | | 5,000.00 |
| **Bank Service Charges** | | | | | |
| Check | 06/08/2004 | | Zions First National Bank | Analysis service fee | 4.80 |
| Total Bank Service Charges | | | | | 4.80 |
| **Professional Fees** | | | | | |
| **Accounting Fees & Expenses** | | | | | |
| Check | 04/20/2004 | 1098 | PricewaterhouseCoopers | VOID: Fees & Costs to 2/27/04: $45,510 fees/$97.54 costs | 0.00 |
| Check | 04/20/2004 | 1099 | PricewaterhouseCoopers | Fees & Costs to 2/29/04: $45,510 fees/$97.54 Costs | 45,607.54 |
| Check | 06/16/2004 | 1111 | PricewaterhouseCoopers | Accounting fees for the period of March 1, 2004 through April 30, 2004 | 13,794.50 |
| Total Accounting Fees & Expenses | | | | | 59,402.04 |
| **Legal Fees** | | | | | |
| Check | 04/20/2004 | 1096 | Parsons Kinghorn Harris | Dick Simon Fees to 3/23/04: $3,238 Fees/$1,262.17 Costs | 4,500.17 |
| Check | 04/20/2004 | 1097 | Fabian & Clendenin | Fees & Costs to 2/29/04: $50,187.25 fees/$769.91 Costs | 50,957.16 |
| Check | 06/16/2004 | 1110 | Fabian & Clendenin | Professional Fees for March 1, 2004 through May 14, 2004 | 64,070.50 |
| Check | 05/16/2004 | 1110 | Fabian & Clendenin | Expenses for the period of March 1, 2004 through May 14, 2004 | 797.60 |
| Check | 05/16/2004 | 1112 | Parsons Kinghorn Harris | Fees for the period of March 19, 2004 through May 11, 2004 | 2,938.00 |
| Check | 06/16/2004 | 1112 | Parsons Kinghorn Harris | Expenses for the period of March 19, 2004 through May 11, 2004 | 141.56 |
| Check | 06/16/2004 | 1113 | Holme Roberts & Owen LLP | Fees for the period of July 16, 2003 through March 18, 2004 | 10,466.00 |
| Check | 06/16/2004 | 1113 | Holme Roberts & Owen LLP | Expenses for the period of July 16, 2003 through March 18, 2004 | 290.13 |
| Total Legal Fees | | | | | 134,161.12 |
| **Professional Fees - Other** | | | | | |
| Check | 04/28/2004 | 1100 | Fabian & Clendenin | Approved Professional Fees | 38,518.26 |
| Check | 04/28/2004 | 1101 | Parsons Kinghorn Harris | Approved Professional Fees | 24,325.82 |
| Check | 04/28/2004 | 1102 | Spencer Fane Britt & Browne LLP | Approved Professional Fees | 62,898.45 |
| Total Professional Fees - Other | | | | | 125,542.53 |
| Total Professional Fees | | | | | 319,105.69 |
| **State Tax** | | | | | |
| Check | 04/19/2004 | 1094 | State of New Hampshire | Failure to File Charge | 22.00 |
| Check | 05/12/2004 | 1104 | Missouri Department of Revenue | 9/30/2002 Tax Liability | 94.66 |
| Check | 05/19/2004 | 1106 | New Jersey Division of Taxation | 2002 Interest & Penalties | 87.77 |
| Check | 05/19/2004 | 1107 | Idaho State Tax Commission | 9/30/2002 Tax & Interest | 60.67 |
| Check | 05/19/2004 | 1108 | Indiana Department of Revenue | 9/30/2002 Income Tax & Interest | 76.46 |
| Total State Tax | | | | | 341.56 |
| **US Trustee Fees** | | | | | |
| Check | 05/04/2004 | 1103 | US Trustee | First Quarter 2004 US Trustee Fees | 3,750.00 |
| Total US Trustee Fees | | | | | 3,750.00 |
| **Other Expenses** | | | | | |
| Check | 05/12/2004 | 1105 | State of California | Filing and Disclosure Fee for Statement of Information | 25.00 |
| Total Other Expenses | | | | | 25.00 |
| **Total Cash Disbursements** | | | | | 328,227.05 |
| **Net Cash Receipts & Disbursements** | | | | | -120,789.43 |

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## QUARTERLY FEE SUMMARY(1)

### Quarter Ended June 30, 2004

| Payment Date | Cash Disbursements(2) | Quarterly Fee Due | Check Number | Date |
|---|---|---|---|---|
| 1st Quarter | $ 925,064.31 | $3,750 | 1103 | 5/5/2004 |
| 2nd Quarter | $ 328,227.05 | $3,750 | 1114 | 7/14/2004 |
| 3rd Quarter | | | | |
| 4th Quarter | | | | |

(1) This summary is to reflect the current calendar year's information cumulative to the end of the reporting period.

(2) Should agree with line 3, FORM 2-B. Disbursements are net of transfers to other debtor in possession bank accounts.