**The below described is SIGNED.**

**Dated: December 10, 2004**  *Glen E Clark*
　　　　　　　　　　　　　　　　**GLEN E. CLARK**
　　　　　　　　　　　　　　　　**U.S. Bankruptcy Judge**

_____

Peter W. Billings, A0330
Gary E. Jubber, A1758
David N. Kelley, A9137
FABIAN & CLENDENIN,
　A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah  84151
Telephone:  (801) 531-8900
Facsimile:  (801) 596-2814

Attorneys for Official Committee of
　Unsecured Creditors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 02-22906 GEC |
| | ) | (Chapter 11) |
| SIMON TRANSPORATION SERVICES INC. | ) | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | ) | |
| | ) | Judge Glen E. Clark |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE COMMITTEE OF UNSECURED CREDITORS AND FIRST UNION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

　　The Official Committee of Unsecured Creditors (the "Committee"), filed a Motion to

Approve Stipulations for Allowance of Administrative Priority Expense Claims Pursuant to 11

328418_1

**Filed: 12/06/04**

U.S.C. § 503(b)(1)(A) (the "Motion") on October 20, 2004. Hearing was scheduled for December 9, 2004. Copies of the Motion and Notice of the hearing and requirement for written response were filed and served on all parties in interest on October 20, 2004. No objections to the Motion were filed at or prior to the hearing.

The Court, having considered the Motion and the Stipulation underlying the Motion and for good cause appearing thereby, it is hereby

ORDERED that the Stipulation entered into between the Committee and First Union, as set forth in the Motion, is hereby approved;

IT IS FURTHER ORDERED that the Committee may pay First Union's claim pursuant to the terms set forth in the Stipulation, which payment shall constitute full and complete satisfaction of any and all claims First Union may have against Debtors, the Estate, or the Committee.

DATED this \_\_\_\_ day of December, 2004.

BY THE COURT:

_____
Glen E. Clark
Bankruptcy Court Judge

328418_1