Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Attorneys for Official Committee of
  Unsecured Creditors



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>  SIMON TRANSPORTATION SERVICES, INC.<br>    Debtor. | Bankruptcy No. 02-22906 GEC<br>Substantively Consolidated |
| In re:<br>  DICK SIMON TRUCKING, INC.<br>    Debtor. | (Bankruptcy No. 02-22907 GEC) |
| In re:<br>  Simon Terminal, LLC<br>    Debtor. | (Bankruptcy No. 02-24874 GEC) |

### CHAPTER 11 QUARTERLY FINANCIAL REPORT
For the Quarter October 1, 2004 to December 31, 2004

This quarterly report is being filed in accordance with Section 2.2 of the Second Amended Joint Plan of Liquidation Dated December 27, 2002, which states:

> "The Consolidated Estates will have the obligation to file quarterly reports with the United States Trustee showing disbursements and to pay quarterly fees based on these disbursements to the Office of the United States Trustee until a final decree is entered."

I declare under penalty of perjury that the following Quarterly Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on: _____January 10, 2005_____    By: _____/s/ Gil A. Miller_____
                                                   Gil A. Miller

Position: Accountant for Unsecured Creditors' Committee



0222906D1471

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For the Quarter October 1, 2004 to December 31, 2004

### CASH RECONCILIATION

| | | | | |
|---|---|---|---|---|
| 1. Beginning Cash Balance (October 1, 2004) | | | $ | 995,228 |
| 2. Cash Receipts | $ | 71,741 | | |
| 3. Cash Disbursements | $ | (98,873) | | |
| 4. Net Cash Flow | | | $ | (27,132) |
| 5. Ending Cash Balance (December 31, 2004) | | | $ | 968,096 |

### CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| Regular Checking | (20) | Zions Bank (Closed) |
| Regular Checking | 10,944 | Zions Bank |
| Money Market Account | 957,172 | Zions Bank |
| Total | 968,096 | |
| (must agree with line 5 above) | | |

**Substantively Consolidated Estate of
Simon Transportation Services, Inc.
Cash Receipts & Disbursements Detail**

For the Quarter October 1, 2004 to December 31, 2004

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Receipts & Disbursements** | | | | | |
| **Cash Receipts** | | | | | |
| *Interest Income* | | | | | |
| Deposit | 10/29/2004 | | Zions First National Bank | Interest | 1,054.73 |
| Deposit | 11/30/2004 | | Zions First National Bank | Interest | 1,224.85 |
| Deposit | 12/31/2004 | | Zions First National Bank | Interest | 1,296.24 |
| Total Interest Income | | | | | 3,575.82 |
| | | | | | |
| *Settlement Income* | | | | | |
| Deposit | 10/06/2004 | 2215 | Panther Truck, Inc | Preference Settlement | 500.00 |
| Deposit | 10/06/2004 | 054370 | Johnson & Bell | Preference Settlement | 6,231.34 |
| Deposit | 10/06/2004 | 449098 | Total Logistic Cont'c | Preference Settlement | 5,500.00 |
| Deposit | 10/01/1904 | 943731 | Richard Wilson Trucking | Preference Settlement | 5,790.41 |
| Deposit | 11/04/2004 | 3966 | Smith Haughey Rice & Roegge | Preference Settlement | 2,585.24 |
| Deposit | 11/04/2004 | 52684 | Western Pacific Truck School | Preference Settlement | 1,750.00 |
| Deposit | 11/05/2004 | 6474 | R & M Sear Cover | Preference Settlement | 2,300.00 |
| Deposit | 11/05/2004 | 2226 | Panther Truck Inc | Preference Settlement | 500.00 |
| Deposit | 11/05/2004 | 4659 | DeRespino & Designer | Preference Settlement | 6,000.00 |
| Deposit | 11/05/2004 | 14866844 | Greyhound Lines | Preference Settlement | 13,000.00 |
| Deposit | 11/17/2004 | 8473489 | American Fire & Casualty | Preference Settlement | 5,000.00 |
| Deposit | 11/17/2004 | 98346 | IFCC Systems | Preference Settlement | 2,925.09 |
| Deposit | 11/17/2004 | 3273 | MBX Logistics | Preference Settlement | 6,255.66 |
| Deposit | 12/06/2004 | 2240 | Panther Truck, Inc. | Preference Settlement | 500.00 |
| Deposit | 12/06/2004 | 0193 | Western Container | Preference Settlement | 3,200.00 |
| Deposit | 12/06/2004 | 134853 | Hawkins & Parnell | Preference Settlement | 4,127.22 |
| Total Settlement Income | | | | | 68,164.87 |
| | | | | | |
| **Total Cash Receipts** | | | | | 71,740.69 |

## Substantively Consolidated Estate of Simon Transportation Services, Inc.
### Cash Receipts & Disbursements Detail

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | |
| **Professional Fees** | | | | | |
| *Accounting Fees & Expenses* | | | | | |
| Check | 11/22/2004 | 1120 | PricewaterhouseCoopers LLP | 8/1/04 - 9/30/04: Fees ($14,263) & Expenses ($27.09) | 14,290.09 |
| Total Accounting Fees & Expenses | | | | | 14,290.09 |
| *Legal Fees* | | | | | |
| Check | 11/22/2004 | 1121 | Parsons Kinghorn Harris | 8/1/04 - 9/30/04: Fees ($2,425) & Expenses ($39.30) | 2,464.30 |
| Check | 11/22/2004 | 1122 | Fabian & Clendenin | 6/29/04 - 10/21/04: Fees ($79,033) & Expenses ($2,170.30) | 81,203.30 |
| Total Legal Fees | | | | | 83,667.60 |
| Total Professional Fees | | | | | 97,957.69 |
| **State Tax** | | | | | |
| Check | 10/26/2004 | 1119 | Vermont Department of Taxes | Account # 5702533830: interest, penalty and late fees | 135.31 |
| Total State Tax | | | | | 135.31 |
| **US Trustee Fees** | | | | | |
| Check | 10/15/2004 | 1118 | US Trustee | Second Quarter 2004 US Trustee Fees | 750.00 |
| Total US Trustee Fees | | | | | 750.00 |
| Total Cash Disbursements | | | | | 98,873.00 |
| **Net Cash Receipts & Disbursements** | | | | | -27,132.31 |

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## QUARTERLY FEE SUMMARY(1)

Quarter Ended December 31, 2004

| Payment Date | Cash Disbursements(2) | Quarterly Fee Due | Check Number | Date |
|---|---|---|---|---|
| 1st Quarter | $ 925,064.31 | $3,750 | 1103 | 5/5/2004 |
| 2nd Quarter | $ 328,227.05 | $3,750 | 1114 | 7/14/2004 |
| 3rd Quarter | $ 101,603.37 | $750 | 1118 | 10/15/2004 |
| 4th Quarter | $ 98,873.00 | $750 | 1124 | 1/6/2005 |

(1) This summary is to reflect the current calendar year's information cumulative to the end of the reporting period.

(2) Should agree with line 3, FORM 2-B. Disbursements are net of transfers to other debtor in possession bank accounts.