Peter W. Billings, A0330
Gary E. Jubber, A1758
David N. Kelley, A9137
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814

Attorneys for Official Committee of
  Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 02-22906 GEC |
| | (Chapter 11) |
| SIMON TRANSPORTATION SERVICES INC. | [JOINTLY ADMINISTERED] |
| and DICK SIMON TRUCKING, INC. | |
| | Judge Glen E. Clark |
| Debtors. | |

COMMITTEE OF UNSECURED CREDTIORS' OMNIBUS OBJECTION
TO PRIORITY STATUS OF CLAIMS

The Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel, Fabian and Clendenin, submits this omnibus objection (the "Objection") to those claims filed by certain unsecured creditors set forth herein that were filed as priority claims. The Committee seeks to have the Court disallow the priority status of each of the claims set forth herein pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure. In support of the Objection, the Committee represents as follows:

346255_1.DOC

1.  Debtors Simon Transportation Services, Inc., and Dick Simon Trucking, Inc. (collectively referred to herein as "Debtors") commenced the instant chapter 11 bankruptcy matters by filing petitions for relief on February 25, 2002.

2.  Debtor Simon Terminal filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 25, 2002.

3.  Prior to confirmation of the Amended Joint Plan of Liquidation in this case, the Debtors' cases were jointly administered by this Court.

4.  Pursuant to Section 6.3 of the Joint Plan of Liquidation dated December 27, 2002, and the Order Confirming Amended Joint Plan of Liquidation dated March 11, 2003, the Committee is vested with all of the Debtors rights under Chapter 5 and Chapter 3 of the Code.

5.  Pursuant to Sections 105 and 1142 of the Bankruptcy Code, 28 U.S.C. § 157 and 1334, the Bankruptcy Court retains jurisdiction over all matters arising out of, and related to, the Chapter 11 Cases and the Plan to the fullest extent permitted by law, including, without limitation, jurisdiction to allow, disallow, determine, liquidate, classify, estimate or characterize any claim or interest.

6.  The Committee now objects to the status of those claims set forth herein that were filed as priority claims.

7.  The total amount of allowable priority claims is at issue in various aspects of the administration of this bankruptcy case, and the Committee believes it is in the best interests of the estate and creditors of the estate to determine the priority status of claims at this point.

8.  The Committee expressly reserves the right to further object to the claims listed herein and any other claims filed on both substantive and procedural grounds. This objection is

346255_1.DOC

simply to seek reclassification of those proofs of claims listed below by name, claim number, and amount, from priority status to non-priority status.

9. The following list represents claims which were filed as unsecured priority claims, but which fail to give a sufficient basis (or in most cases any basis) for their request for priority status.

| Claim Number | Creditor Name | Claim Amount |
|---|---|---|
| 578 | 21ST CENTURY INSURANCE COMPANY | $3,048.48 |
| 475 | A-1 WINE GRAPES | $3,075.00 |
| 66 | A-C ELECTRIC INC | $371.78 |
| 998 | ADELAIDA REYES | $100,000.00 |
| 380 | Al' Towing | $657.00 |
| 656 | ALBERT W. NARANJO | $16,036.42 |
| 531 | AMERICAN FAMILY INS. | $909.38 |
| 198 | AMERICAN FAMILY INS. | $416.32 |
| 482 | AMEX ASSURANCE | $6,446.59 |
| 579 | Arrow Turcking Co. | $2,535.50 |
| 580 | Arrow Turcking Co. | $1,197.67 |
| 469 | Auto Accident (Unknown Creditor) | $4,471.00 |
| 483 | B & L TRAILER SALES | $1,855.83 |
| 997 | BAIDA REYES | $100,000.00 |
| 1004 | Baida Reyes | $100,000.00 |
| 874 | BLAKE SMITH | $0.00 |
| 173 | BOZICK DISTRIBUTORS INC | $1,200.00 |
| 737 | BURGETT & ROBBINS | $200,000.00 |
| 811 | C & H MEDICAL SOLUTIONS | $350.00 |
| 812 | C & H MEDICAL SOLUTIONS | $250.00 |
| 225 | CARRIER INC | $3,955.57 |
| 999 | CECIL CRUSE FAMILY TRUST | $3,550.44 |
| 134 | COLUMBUS POWER BRAKE SERVICE | $269.66 |
| 553 | Combined Transport Inc | $1,959.88 |
| 536 | Compagnie Canadienne D'Assurances General Lom | $5,347.67 |
| 412 | Continental Western Group c/o Terry Burkle | $2,693.08 |
| 339 | COUNTRY FINANCIAL INSURANCE SERVICES | $10,918.78 |
| 882 | DAIMLER CHRYSLER SERVICES | $154,875.00 |
| 929 | DANIEL L JOHNSTON | $1,742.33 |
| 511 | Data Inc. | $20.00 |
| 175 | DAVES TOWING SERVICE INC | $0.00 |
| 465 | DELYNN BARROWS | $460.96 |
| 113 | DFW FLEET SERVICES | $1,911.23 |
| 146 | DFW FLEET SERVICES | $1,911.23 |
| 376 | Diversshield Com FS Corp | $4,089.51 |
| 361 | DW'S SPOTTING SERVICE | $9,191.00 |

| | | |
|---|---|---|
| 462 | EASTGATE TRAVEL PLAZA | $880.43 |
| 368 | EDWIN CARNEY, ESQ. | $1,367.75 |
| 374 | El Paso Times | $754.71 |
| 819 | ELITE TRANSPORTATION | $2,225.25 |
| 850 | ENTEPRISE LEASING COMPANY | $3,059.97 |
| 614 | EZ GLASS | $351.78 |
| 861 | F.L. ROBERTS CO., INC. | $3,194.33 |
| 684 | Frontier Adjusters of Las Vegas | $407.63 |
| 456 | Gearjammer Truck Plaza | $1,673.81 |
| 743 | GENESIS INSURANCE CO. | $294.63 |
| 33 | GLEN'S MOBILE REPAIR | $569.60 |
| 724 | Houston West Travel Center | $827.66 |
| 972 | Integrated Mail Industries | $279.31 |
| 320 | J.J. KELLER & ASSOCIATES | $37,422.57 |
| 995 | Jane Urban | $250,000.00 |
| 943 | David Bath, Attorney at Law | $250,000.00 |
| 149 | JCS ENTERPRISES INC | $120.00 |
| 758 | Jennifer C. Landry | $2,000,000.00 |
| 59 | JOHNSON AND RAINTREE PREMIUM | $651.76 |
| 295 | Karen A. Pendlay | $694.94 |
| 20 | Karen M Salter | $1,000,000.00 |
| 629 | KEITH OWEN JIBBEN | $3,695.19 |
| 247 | KINDSVATER REFRIGERATION | $2,834.57 |
| 246 | KINDSVATER REFRIGERATION | $4,088.48 |
| 548 | Koester Body & Frame Shop | $131.30 |
| 1008 | Kristin Bassett | $100,000.00 |
| 1001 | LAKE CITY INTERNATIONAL | $33,791.75 |
| 317 | LARSEN FARMS | $7,575.00 |
| 884 | LYN SIMON | $4,650.00 |
| 973 | MARTHA WILLIAMS | $1,765.03 |
| 604 | MARTEN TRANSPORT | $9,460.61 |
| 601 | MARTEN TRANSPORT | $294.63 |
| 603 | MARTEN TRANSPORT | $2,331.15 |
| 742 | GENESIS INSURANCE CO. | $2,331.15 |
| 650 | MARTIN TRANSPONT, INC. | $1,981.66 |
| 778 | MELISSA D CAUDLE | $18,666.64 |
| 720 | MELISSA D CAUDLE | $18,666.67 |
| 759 | US EQUAL EMPLOYMENT | $31,016.00 |
| 933 | Michael J. Lewis | $97,000.00 |
| 184 | MINUTEMAN TOWING | $151.58 |
| 103 | MOCO TRANSPORTATION CO INC | $1,940.44 |
| 421 | NO NAME | $3,014.70 |
| 673 | NORTHLAND INS CO A/S/O | $4,019.85 |
| 609 | NORTHLAND INS CO A/S/O | $2,390.55 |
| 22 | ORVILLE SCHUCKNECHT | $750.00 |
| 309 | OUTSOURCE FLEET SVC | $309.60 |
| 57 | PARCO FOODS LLC | $329.04 |
| 222 | PAYLESS TAXI | $16,427.00 |

| | | |
|---|---|---|
| 925 | PENNY KNAPP | $793.04 |
| 340 | PHILLIP ZIMMER | $334.06 |
| 280 | PREFERRED CARTAGE SERVICE | $405.00 |
| 672 | PRIME INDUSTRIES | $6,224.40 |
| 102 | PROFRESH LLC | $670.00 |
| 65 | Property Damage Appraisers | $382.24 |
| 534 | Property Damage Appraisers | $3,809.45 |
| 476 | Property Damage Appraisers | $1,200.00 |
| 451 | Property Damage Appraisers | $173.80 |
| 372 | RAWLE & HENDERSON | $2,245.26 |
| 885 | RICHARD D SIMON | $4,650.00 |
| 597 | Richard Martinez | $50,000.00 |
| 203 | RN Results | $1,264.20 |
| 205 | RN Results | $787.50 |
| 204 | RN Results | $622.50 |
| 183 | RONS TEXACO | $250.00 |
| 406 | RYAN PACKER | $603.14 |
| 484 | S & S AUTOMOTIVE | $357.00 |
| 551 | Safeco Ins. Co | $5,167.91 |
| 322 | SALT RIVER PROJECT | $1,108.05 |
| 563 | SAPUTO CHEESE USA | $257.60 |
| 455 | SCANWARE, INC. | $10,125.00 |
| 886 | SHERRY L BOKOVOY | $4,650.00 |
| 683 | Shirley Campbell | $28,314.00 |
| 155 | SIMPSON WOOD PRODUCTS INC | $228.59 |
| 171 | SKINNER SHAG SEVICE INC | $408.42 |
| 670 | SOUTHERN CALIFORNIA EDISON | $4,547.23 |
| 327 | Southern Farm Bureau Casualty Insurance | $5,473.82 |
| 796 | ST FRANCIS | $197.53 |
| 311 | STATE AUTO COMPANIES | $6,232.54 |
| 849 | STATE FARM INSURANCE | $3,087.97 |
| 712 | TAYLOR & MARTIN, INC. | $21,517.55 |
| 144 | THE TRUCKER | $6,380.00 |
| 809 | THE WILBER LAW FIRM | $9,285.22 |
| 367 | THOMAS J ROMAN ESQ | $100,000.00 |
| 814 | TRANSPORTATION REPAIRS | $257.50 |
| 44 | UTILITY TRAILER SALES OF CENTRAL CALIFORNIA INC | $329.68 |
| 179 | VECTOR TRANSPORTATION | $5,518.00 |
| 855 | WESTERN PACIFIC TRUCK | $4,000.00 |
| 863 | WESTERN PACIFIC TRUCK | $4,000.00 |
| 528 | WHEELER COUNTY ROAD DEPT. | $300.00 |
| 163 | WILLOW EXPRESS LTD | $355.91 |
| 471 | WOOD COUNTY TELEPHONE CO | $12,347.45 |
| 736 | WRIGHT OIL TIRE CO | $4,431.57 |

10. The Committee has reviewed the foregoing claims, and asserts that the proofs of claims and accompanying attachments do not state the basis for any priority.

11. The Committee objects to the claims as priority claims and requests that the claims be reclassified as general unsecured claims. The Committee reserves the right to file additional objections to these claims.

WHEREFORE, the Committee requests an order:

A. Reclassifying the claims set forth in paragraph 9 above as non-priority claims, and reserving any other objection the Committee may have to the foregoing claims; and

B. Granting such other and further relief as the court deems just and equitable.

DATED this 22nd day of August, 2005.

        /s/ David N. Kelley
Peter W. Billings
Gary E. Jubber
David N. Kelley
FABIAN & CLENDENIN
  A Professional Corporation

346255_1.DOC