Peter W. Billings, A0330
Gary E. Jubber, A1758
FABIAN & CLENDENIN,
  A Professional Corporation
215 South State, Suite 1200
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Attorneys for Official Committee of
  Unsecured Creditors

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 APR 15 AM 11: 36

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>  SIMON TRANSPORTATION SERVICES, INC.<br>    Debtor. | Bankruptcy No. 02-22906 GEC<br>Substantively Consolidated |
| In re:<br>  DICK SIMON TRUCKING, INC.<br>    Debtor. | (Bankruptcy No. 02-22907 GEC) |
| In re:<br>  Simon Terminal, LLC<br>    Debtor. | (Bankruptcy No. 02-24874 GEC) |

### CHAPTER 11 QUARTERLY FINANCIAL REPORT
### For the Quarter January 1, 2009 - March 31, 2009

This quarterly report is being filed in accordance with Section 2.2 of the Second Amended Joint Plan of Liquidation Dated December 27, 2002, which states:

> "The Consolidated Estates will have the obligation to file quarterly reports with the United States Trustee showing disbursements and to pay quarterly fees based on these disbursements to the Office of the United States Trustee until a final decree is entered."

I declare under penalty of perjury that the following Quarterly Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on: 4/14/09

By: _____
    Gil A. Miller
Position: Accountant for Unsecured Creditors' Committee

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For the Quarter January 1, 2009 - March 31, 2009

### CASH RECONCILIATION

| | | |
|---|---:|---:|
| 1. Beginning Cash Balance (January 1, 2009) | | $ 2,053,536 |
| 2. Cash Receipts | $ 8,392 | |
| 3. Cash Disbursements | $ (325) | |
| 4. Net Cash Flow | | $ 8,067 |
| 5. Ending Cash Balance (March 31, 2009) | | $ 2,061,603 |

### CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---:|---|
| Regular Checking | $3,014 | Zions Bank |
| Money Market Account | 2,058,590 | Zions Bank |
| | | |
| Total | $2,061,603 | |
| (must agree with line 5 above) | | |

**Substantively Consolidated Estate of**
**Simon Transportation Services, Inc.**
**Cash Receipts & Disbursements Detail**
**For the Quarter January 1, 2009 - March 31, 2009**

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Cash Receipts & Disbursements** | | | | | |
| **Cash Receipts** | | | | | |
| **Interest Income** | | | | | |
| Deposit | 01/31/2009 | | Zions First National Bank | Interest | 2,950.97 |
| Deposit | 02/28/2009 | | Zions First National Bank | Interest | 2,724.27 |
| Deposit | 03/31/2009 | | Zions First National Bank | Interest | 2,716.62 |
| **Total Interest Income** | | | | | 8,391.86 |
| **Settlement Income** | | | | | |
| **Total Other Income** | | | | | 0.00 |
| **True Up Proceeds** | | | | | |
| **Total True Up Proceeds** | | | | | 0.00 |
| **Total Cash Receipts** | | | | | 8,391.86 |
| **Cash Disbursements** | | | | | |
| **Professional Fees** | | | | | |
| **Accounting Fees & Expenses** | | | | | 0.00 |
| **Legal Fees** | | | | | |
| **Total Legal Fees** | | | | | 0.00 |
| **Total Professional Fees** | | | | | 0.00 |
| **Bank Charges** | | | | | |
| **Total Bank Charges** | | | | | 0.00 |
| **US Trustee Fees** | | | | | |
| Check | 01/09/2009 | 1240 | US Trustee | 4th Quarter 2008 U.S. Trustee Fees | 325.00 |
| **Total US Trustee Fees** | | | | | 325.00 |
| **Administrative expenses** | | | | | |
| **Total Administrative expenses** | | | | | 0.00 |
| **Total Cash Disbursements** | | | | | 325.00 |
| **Net Cash Receipts & Disbursements** | | | | | 8,066.86 |

DEBTOR: Substantively Consolidated Estate of Simon Transportation Services, Inc.

CASE NO: 02C-22907, 02C-22906, 02C-24874

## QUARTERLY FEE SUMMARY(1)

### Quarter Ended March 31, 2009

| Payment Date | Cash Disbursements(2) | Quarterly Fee Due | Check Number | Date |
|---|---|---|---|---|
| 1st Quarter | $ 325.00 | $325 | 1241 | 4/13/2009 |
| 2nd Quarter | | | | |
| 3rd Quarter | | | | |
| 4th Quarter | | | | |

(1) This summary is to reflect the current calendar year's information cumulative to the end of the reporting period.

(2) Should agree with line 3, FORM 2-B. Disbursements are net of transfers to other debtor in possession bank accounts.

## CHAPTER 11 QUARTERLY FEES

| FEE SCHEDULE | |
|---|---|
| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
| $          -       TO  $    14,999.99 | $       325.00 |
| 15,000.00  TO        74,999.99 | 650.00 |
| 75,000.00  TO       149,999.99 | 975.00 |
| 150,000.00  TO       224,999.99 | 1,625.00 |
| 225,000.00  TO       299,999.99 | 1,950.00 |
| 300,000.00  TO       999,999.99 | 4,875.00 |
| 1,000,000.00  TO     1,999,999.99 | 6,500.00 |
| 2,000,000.00  TO     2,999,999.99 | 9,750.00 |
| 3,000,000.00  TO     4,999,999.99 | 10,400.00 |
| 5,000,000.00  TO    14,999,999.99 | 13,000.00 |
| 15,000,000.00  TO    29,999,999.99 | 20,000.00 |
| 30,000,000.00  OR        MORE | 30,000.00 |

Failure to pay the quarterly fee is cause for conversion or dismissal of the Chapter 11 case. [11 U.S.C. § 1112(b)(10)].

Checks are to be made payable to The United States Trustee and mailed to the address set forth below. Fees are not to be mailed or delivered to the local Office of the United States Trustee. If any check is returned "unpaid" for any reason, all subsequent payments must be made by way of cashier's check, certified check or money order

To ensure proper credit, it is imperative that the debtor in possession and Chapter 11 trustee write the case number on each check and remit the payment with the coupon provided with the quarterly billing. A separate check and coupon is required for each quarterly payment even if more than one quarterly fee is paid at the same time.

Send all payments to:   UNITED STATES TRUSTEE PAYMENT CENTER
P.O. Box 70937
Charlotte, NC  28272-0937

Exhibit 2-F
Page 2 of 2